**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
Scott Tropio
scott.tropio@wilsonelser.com
555 S. Flower Street, Suite 2900
Los Angeles, CA 90071
Telephone: 213-443-5100
Facsimile: 213-443-5101
**Of Counsel**
**KEY & ASSOCIATES**
JEFFERY A. KEY
321 N. Clark Street, Suite 500
Chicago, IL 60654
Telephone: 312-560-2148
Facsimile: 312-957-1236

Attorneys for Plaintiff Wilson Sporting Goods Co.

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wilson Sporting Goods Co., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> Monsta Athletics, LLC, a California Limited Liability Company, and Carl Pegnatori, an individual, <br><br> Defendant. | No.   5:19-cv-738 <br><br> **COMPLAINT FOR PATENT INFRINGEMENT AND JURY TRIAL REQUESTED** |

        Plaintiff Wilson Sporting Goods Co. ("Plaintiff" or "Wilson") complains of Defendants Monsta Athletics, LLC and Carl Pegnatori ("Defendants") and alleges as follows:

**PARTIES**

1.      Plaintiff Wilson is a corporation organized and existing under the laws of the state of Delaware having a principal place of business at 130 E. Randolph St., Ste. 600, Chicago, Illinois 60601, USA.

2.      Upon information and belief, Defendant Monsta Athletics, LLC is a limited liability company organized and existing under the laws of the state of California, having a principal place of business at 1090 5th Street, Suite 115, Calimesa, California 92223.

3.      Upon information and belief, Defendant Carl Pegnatori is the sole owner and primary decision-maker for Monsta Athletics, LLC including decisions regarding the design of Monsta products and bats and all other activities alleged in this complaint. Defendant Carl Pegnatori has a business address of 1090 5th Street, Suite 115, Calimesa, California 92223.

**JURISDICTION AND VENUE**

4.      This is an action for infringement of U.S. Patent No. 7,097,578 (the "'578 Patent") and U.S. Patent No. 9,067,109 (the "'109 Patent"). This civil action arises under the patent laws of the United States, 35 U.S.C. § 101 *et. seq*. Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1338(a). Defendants' principal places of business are within this judicial district and Defendants have committed acts of infringement and continue to manufacture, offer for sale, and/or sell products that infringe Wilson's patent rights in this judicial district and elsewhere throughout the United States.

5.      This Court's exercise of personal jurisdiction over Defendants is consistent with the Constitutions of the United States and the state of California.

6.      Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b) and 1400(b) because Defendants are subject to personal jurisdiction in this district, Defendants reside in this District, Defendants' principal places of business are

within this judicial district, and Defendants have committed acts of infringement in this district.

## BACKGROUND

7.    Wilson sells various sporting goods products including ball bats under its DeMarini and Louisville Slugger brands.

8.    The United States Patent and Trademark Office issued the '578 Patent entitled a "Bat Having a Flexible Handle" on August 29, 2006. The patent was assigned to Wilson, and Wilson is the owner of the patent. A copy of the '578 Patent is attached as Exhibit A. The patent is both valid and enforceable.

9.    Wilson has not licensed the '578 Patent to Defendants. Defendants have no right to the '578 Patent.

10.   Wilson marks its products with the '578 Patent where applicable in compliance with 35 U.S.C. §287.

11.   The United States Patent and Trademark Office issued the '109 Patent entitled a "Ball Bat With Optimized Barrel Wall Spacing and Improved End Cap" on June 30, 2015. The patent was assigned to Wilson, and Wilson is the owner of the patent. A copy of the '109 Patent is attached as Exhibit B. The patent is both valid and enforceable.

12.   Wilson has not licensed the '109 Patent to Defendants. Defendants have no right to the '109 Patent.

13.   Wilson marks its products with the '109 Patent where applicable in compliance with 35 U.S.C. §287.

## FIRST CAUSE OF ACTION

### Infringement of the '578 Patent Against Defendants

14.   Wilson reasserts and incorporates herein by reference the allegations set forth in the foregoing paragraphs.

COMPLAINT FOR PATENT INFRINGEMENT AND JURY TRIAL REQUESTED

3328809v.1

15.    Defendants have directly infringed and continue to directly infringe the '578 Patent under 35 U.S.C. § 271 by making, using, selling, and offering for sale within the United States products that embody one or more of the claims of the '578 Patent.

16.    Wilson accuses the following Monsta Bats of infringing at least Claim 1 of the '578 Patent: 2018 ASA Monsta Fallout LC Super Flex 1500, Flex 2500, and Stiff 3500; 2019 ASA Monsta Daisy Cutter LC Super Flex 1500, Flex 2500, and Stiff 3500; 2018 Monsta USA Travis Houseman Signature DNA Mutated Flex 2500 and Stiff 3500; Monsta USA Steve Whaley Signature DNA Mutated Flex 2500 and Stiff 3500; 2019 USA/ASA Monsta Torch LC Super Flex 1500, Flex 2500, and Stiff 3500; and 2019 USA/ASA Blue Monsta Torch LC Super Flex 1500, Flex 2500, and Stiff 3500 (collectively the "2-Piece Monsta Bats").

17.    In preparation for filing, Wilson analyzed several 2-Piece Monsta Bats and each analyzed bat accused of infringement has a handle member having a resistance to bending along the longitudinal axis in the range of 10-850 lbs/in that falls within at least Claim 1 of the '578 Patent. Further, upon information and belief, each 2-Piece Monsta Bat accused of infringement has a handle member having a resistance to bending along the longitudinal axis in the range of 10-850 lbs/in that falls within at least Claim 1 of the '578 Patent.

18.    Wilson accuses the following Monsta Bats of infringing at least Claim 32 of the '578 Patent: 2018 ASA Monsta Brett "Breezy" Rettenmeier BB Bombardier LC 26 Super Flex1500, Flex 2500; 2018 ASA Monsta Brad Carlsen Border Battle Bombardier LC Super Flex 1500, Flex 2500; 2019 ASA Brett "Breezy" Rettenmeier Signature Monsta Sinister LC Super Flex 1500, Flex 2500, and Stiff 3500; and 2019 ASA Monsta Zombie LC Super Flex 1500, Flex 2500, and Stiff 3500 (collectively the "1-Piece Monsta Bats").

19. In preparation for filing, Wilson has analyzed 1-Piece Monsta Bats and each analyzed bat accused of infringement has a handle member having a resistance to bending along the longitudinal axis in the range of 10-850 lbs/in that falls within at least Claim 32 of the '578 Patent. Further, upon information and belief, each 1-Piece Monsta Bat accused of infringement has a handle member having a resistance to bending along the longitudinal axis in the range of 10-850 lbs/in that falls within at least Claim 32 of the '578 Patent.

20. The conduct of Defendants, as set forth above, gives rise to a cause of action for infringement of the '578 Patent, pursuant to at least 35 U.S.C. §§ 271 and 281. Upon information and belief, Defendant Carl Pegnatori is the sole bat designer and the designer of the infringing Monsta Bats. Further, Mr. Pegnatori at least uses, sells, and offer to sell the infringing Monsta Bats.

21. Defendants' acts of infringement have caused damage to Wilson, and Wilson is entitled to recover the damages sustained as a result of Defendants' wrongful acts in an amount subject to proof at trial. Defendants' infringement of Wilson's rights under the '578 Patent will continue to damage Wilson's business, causing irreparable harm, for which there is no adequate remedy at law, unless they are enjoined by this Court.

22. Upon information and belief, Defendants have knowledge of the '578 Patent because Wilson marks its products with the '578 Patent where applicable in compliance with 35 U.S.C. §287.

## SECOND CAUSE OF ACTION

### Infringement of the '109 Patent Against Defendants

23. Wilson reasserts and incorporates herein by reference the allegations set forth in the foregoing paragraphs.

24. Defendants have directly infringed and continue to directly infringe the '109 Patent under 35 U.S.C. § 271 by making, using, selling, and offering for sale

within the United States products that embody one or more of the claims of the '109 Patent.

25.    Wilson accuses the following Monsta Bats of infringement of at least Claim 12 of the '109 Patent: 2018 ASA Monsta Fallout LC Super Flex 1500, Flex 2500, Stiff 3500, and Super Stiff; 2019 ASA Monsta Daisy Cutter LC Super Flex 1500, Flex 2500, Stiff 3500, and Super Stiff 4500; 2018 Monsta USA Travis Houseman Signature DNA Mutated Flex 2500, Stiff 3500, and Super Stiff 4500; Monsta USA Steve Whaley Signature DNA Mutated Flex 2500, Stiff 3500, and Super Stiff 4500; 2019 USA/ASA Monsta Torch LC Super Flex 1500, Flex 2500, and Stiff 3500; and 2019 USA/ASA Monsta Torch LC Super Flex 1500, Flex 2500, Stiff 3500; Super Stiff 4500; 2018 ASA Monsta Brett "Breezy" Rettenmeier BB Bombardier LC 26 Super Flex1500, Flex 2500, and Super Stiff 4500; 2018 ASA Monsta Brad Carlsen Border Battle Bombardier LC Super Flex 1500, Flex 2500; 2019 ASA Brett "Breezy" Rettenmeier Signature Monsta Sinister LC Super Flex 1500, Flex 2500, Stiff 3500, and Super Stiff 4500; and 2019 ASA Monsta Zombie LC Super Flex 1500, Flex 2500, Stiff 3500, and Super Stiff (collectively the "Monsta Bats").

26.    In preparation for filing, Wilson analyzed a Monsta Bat and the analyzed bat accused of infringement falls within at least Claim 12 of the '109 Patent. Further, upon information and belief, each Monsta Bat accused of infringement of the '109 Patent incorporates the same Monsta "FIB" technology, described in Defendants' marketing as "floating inner barrel," that falls within at least Claim 12 of the '109 Patent.

27.    The conduct of Defendants, as set forth above, gives rise to a cause of action for infringement of the '109 Patent, pursuant to at least 35 U.S.C. §§ 271 and 281. Upon information and belief, Defendant Carl Pegnatori is the sole bat

designer and the designer of the infringing Monsta Bats. Further, Mr. Pegnatori at least uses, sells, and offer to sell the infringing Monsta Bats.

28.     Defendants' acts of infringement have caused damage to Wilson, and Wilson is entitled to recover the damages sustained as a result of Defendants' wrongful acts in an amount subject to proof at trial. Defendants' infringement of Wilson's rights under the '109 Patent will continue to damage Wilson's business, causing irreparable harm, for which there is no adequate remedy at law, unless they are enjoined by this Court.

29.     Upon information and belief, Defendants have knowledge of the '109 Patent because Wilson marks its products with the '109 Patent where applicable in compliance with 35 U.S.C. §287.

## JURY TRIAL

30.     Wilson respectfully requests a jury trial on the merits.

## REQUESTED RELIEF

Wherefore, Wilson requests the following relief:

(A)     A judgment finding Defendant liable for infringement of the '578 Patent;

(B)     A judgment finding Defendant liable for infringement of the '109 Patent;

(C)     An imposition of constructive trust on, and an order requiring a full accounting of, the sales made by Defendants as a result of their wrongful or infringing acts alleged herein;

(D)     An order of this Court pursuant to at least 35 U.S.C. § 283 permanently enjoining Defendants, its agents and servants, and any and all parties acting in concert with them, from: directly or indirectly infringing in any manner the '578 Patent or the '109 Patent, whether by making, using, selling, offering to sell, or importing into

COMPLAINT FOR PATENT INFRINGEMENT AND JURY TRIAL REQUESTED

3328809v.1

the United States any product falling within the scope of any of the claims of the '578 Patent or the '109 Patent; engaging in acts constituting contributory infringement of any of the claims of the '578 Patent or the '109 Patent; or inducing others to engage in any of the aforementioned acts or otherwise;

(D)    An order of this Court pursuant to at least 35 U.S.C. § 283 directing Defendant to destroy its entire stock of infringing products;

(E)    An award of damages to Wilson, in an amount to be proven at trial, pursuant to at least 35 U.S.C. § 284;

(F)    A judgment declaring the case exceptional and an award to Wilson of treble damages, attorneys' fees, costs, and expenses in this action pursuant to 35 U.S.C. §§ 284 and 285;

(G)    An award to Wilson of prejudgment interest, pursuant to at least 35 U.S.C. § 284;

(H)    An award to Wilson of its costs in bringing this action, pursuant to at least 35 U.S.C. § 284, and Rule 54(d)(l) of the Federal Rules of Civil Procedure;

(I)    An award of post-judgment interest, pursuant to at least 28 U.S.C. § 1961(a); and

(J)    For other and further relief as this Court may deem just.

DATED: April 22, 2019        Respectfully submitted,
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP


By:    /s/ Scott T. Tropio
Scott Tropio
Attorneys for Plaintiff
WILSON SPORTING GOODS CO.

– 8 –
COMPLAINT FOR PATENT INFRINGEMENT AND JURY TRIAL REQUESTED

EXHIBIT A



US007097578B2

(12) **United States Patent**
Guenther et al.

(10) Patent No.: **US 7,097,578 B2**
(45) Date of Patent: **\*Aug. 29, 2006**

(54) **BAT HAVING A FLEXIBLE HANDLE**

(75) Inventors: **Douglas G. Guenther**, Wheaton, IL (US); **Mark A. Fritzke**, Portland, OR (US); **Bradley L. Gaff**, Portland, OR (US); **Michael D. Eggiman**, North Plains, OR (US)

(73) Assignee: **Wilson Sporting Goods Co.**, Chicago, IL (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/833,747**

(22) Filed: **Apr. 28, 2004**
(Under 37 CFR 1.47)

(65) **Prior Publication Data**

US 2005/0003913 A1      Jan. 6, 2005

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/115,593, filed on Apr. 2, 2002, now Pat. No. 6,743,127.

(51) **Int. Cl.**
*A63B 59/06*      (2006.01)

(52) **U.S. Cl.** .................. **473/567**; 473/564; 473/566

(58) **Field of Classification Search** ........ 473/564–568, 473/457, 519, 520
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D197,180 S | 12/1963 | Salisbury | D34/5 |
| 3,246,894 A | 4/1966 | Salisbury | 273/26 |
| 3,377,066 A | 4/1968 | Trowbridge | 273/22 |
| 3,479,030 A | 11/1969 | Merola | 273/72 |
| 3,830,496 A | 8/1974 | Reizer | 173/72 |
| 3,877,698 A | 4/1975 | Volpe | 273/72 |
| 3,955,816 A | 5/1976 | Bratt | 273/26 |
| 4,025,377 A | 5/1977 | Tanikawa | 156/242 |
| 4,032,143 A | 6/1977 | Mueller et al. | 273/72 |
| 4,323,239 A | 4/1982 | Ishii | 273/72 |
| 4,351,786 A | 9/1982 | Mueller | 264/46 |
| 4,505,479 A | 3/1985 | Souders | 273/72 |
| 4,569,521 A | 2/1986 | Mueller | 273/72 |
| 4,572,508 A | 2/1986 | You | 273/72 |
| 4,746,117 A | 5/1988 | Noble | 273/72 |
| 4,834,370 A | 5/1989 | Noble et al. | 273/72 |
| 4,848,745 A | 7/1989 | Bohannan et al. | 273/72 |
| 4,951,948 A | 8/1990 | Peng | 273/72 |
| 5,094,453 A | 3/1992 | Douglas et al. | 273/72 |
| 5,131,651 A | 7/1992 | You | 273/72 |
| 5,180,163 A | 1/1993 | Lanctot et al. | 273/72 |
| 5,219,164 A | 6/1993 | Peng | 273/72 |
| 5,303,917 A | 4/1994 | Uke | 273/72 |
| 5,380,003 A | 1/1995 | Lanctot | 273/72 |
| 5,409,214 A | 4/1995 | Cook | 273/72 |
| 5,415,398 A | 5/1995 | Eggiman | 273/72 |
| 5,511,777 A | 4/1996 | McNeely | 273/72 |
| 5,516,097 A | 5/1996 | Huddleston | 273/26 |

(Continued)

*Primary Examiner*—Mark S. Graham
(74) *Attorney, Agent, or Firm*—Terence P. O'Brien

(57) **ABSTRACT**

A bat has an elongate tubular striking member of a first material, and an elongate handle member of a second material. The handle may be of composite material laid up in selected layers and orientation to produce selected weight distribution, strength, and stiffness and improved batting capabilities. The striking member and handle member may have juncture sections which are substantially rigidly interconnected through mating configurations.

**47 Claims, 7 Drawing Sheets**



US 7,097,578 B2

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,593,158 | A | 1/1997 | Filice et al. ................. 473/520 |
| 5,722,908 | A | 3/1998 | Feeney et al. ............. 473/567 |
| 6,050,908 | A | 4/2000 | Muhlhausen ................ 473/457 |
| 6,056,655 | A | 5/2000 | Feeney et al. ............. 473/567 |
| 6,344,007 | B1 | 2/2002 | Feeney et al. ............. 473/567 |
| 6,432,006 | B1 | 8/2002 | Tribble ...................... 473/564 |
| 6,485,382 | B1 | 11/2002 | Chen ......................... 473/566 |
| 6,511,392 | B1 | 1/2003 | Chohan ..................... 473/564 |
| 6,702,698 | B1 | 3/2004 | Eggiman et al. ........... 473/566 |
| 6,743,127 | B1 * | 6/2004 | Eggiman et al. ........... 473/567 |
| 2002/0183182 | A1 | 12/2002 | Higginbotham ............ 473/564 |
| 2003/0004020 | A1 | 1/2003 | Ogawa et al. .............. 473/564 |

* cited by examiner

U.S. Patent

Aug. 29, 2006

Sheet 1 of 7

US 7,097,578 B2



FIG. 1

FIG. 2







FIG. 10

FIG. 11



FIG. 12

**FIG.13**





FIG.14

US 7,097,578 B2

1

## BAT HAVING A FLEXIBLE HANDLE

### RELATED U.S. APPLICATION DATA

The present invention is a continuation-in-part of U.S. patent application Ser. No. 10/115,593, entitled "Bat With Composite Handle," filed on Apr. 2, 2002 by Eggiman et al now U.S. Pat. No. 6,743,127.

### FIELD OF THE INVENTION

This invention relates to a ball bat, and more particularly to a ball bat with a striking barrel member made to provide desired striking capabilities, and a handle member made to provide desired swinging capabilities, and a method for manufacturing such which produces a rigid interconnection between the barrel and handle members.

### BACKGROUND AND SUMMARY OF THE INVENTION

Tubular metallic baseball bats are well known in the art. A familiar example is a tubular aluminum bat. Such bats have the advantage of a generally good impact response, meaning that the bat effectively transfers power to a batted ball. This effective power transfer results in ball players achieving good distances with batted balls. An additional advantage is improved durability over crack-prone wooden bats.

Even though presently known bats perform well, there is a continuing quest for bats with better hitting capabilities. Accordingly, one important need is to optimize the impact response of a bat. Further, it is important to provide a bat with proper weighting so that its swing weight is apportioned to provide an appropriate center of gravity and good swing speed of impact components during use.

Generally speaking, bat performance may be a function of the weight of the bat, distribution of the weight, the size of the hitting area, the effectiveness of force transfer between the handle and the striking barrel, and the impact response of the bat. The durability of a bat relates, at least in part, to its ability to resist denting or cracking and depends on the strength and stiffness of the striking portion of the bat. An attempt to increase the durability of the bat often produces an adverse effect on the bat's performance, as by possibly increasing its overall weight and stiffness, or having less than optimum weight distribution.

It has been discovered that a hitter often can increase bat speed by using a lighter bat, thereby increasing the force transferred to the ball upon impact. Thus it would be advantageous to provide a bat having a striking portion which has sufficient durability to withstand repeated hitting, yet which has a reduced overall bat weight to permit increased bat speed through use of an overall lighter weight bat.

It also has been discovered that greater hitting, or slugging, capability may be obtained by providing a bat with a handle made of a material different from that of the striking portion or formed in such a manner as to have different capabilities. One manner for providing such is to produce a bat with a composite handle, wherein the composite material may be structured to provide selected degrees of flexibility, stiffness, and strength. For example, in one hitting situation it may be best to have a bat with a more flexible handle, whereas for other hitting situations it is advantageous to have a handle with greater stiffness.

2

An example of a prior attempt to provide a bat with a handle connected to a barrel section is shown in U.S. Pat. No. 5,593,158 entitled "Shock Attenuating Ball Bat." In this patent an attempt was made to produce a bat with handle and barrel member separated by an elastomeric isolation union for reducing shock (energy) transmission from the barrel to the handle, and, inherently from the handle to the barrel. Accordingly, such a design does not allow for maximum energy transfer from the handle to the barrel during hitting. As a result, the bat produces less energy transfer or impact energy to the ball due to the elastomeric interconnection between the handle and barrel.

Therefore there is a continuing need for a bat that provides the flexibility of a separate handle member and striking member and maximizes the energy transfer between the two members.

The present invention provides an improved bat with a striking portion with good durability and striking capabilities and a handle portion with desirable weight and stiffness characteristics to permit greater bat speed during hitting.

One embodiment of the invention provides a bat having an elongate tubular striking member with a juncture section which converges inwardly toward the longitudinal axis of the bat on progressing toward an end of the striking member, and an elongate handle member having an end portion thereof which is firmly joined to the converging end portion of the striking member to provide a rigid interconnection therebetween to permit substantially complete striking energy transfer between the handle member and the striking member.

In another embodiment, the bat has an elongate tubular striking member having a juncture section adjacent its proximal end, the striking member being composed of metal having a first effective mass, and an elongate handle member composed of a material having a second effective mass which is less than the first effective mass of the striking member, the handle member having a juncture section adjacent its distal end, with the juncture sections of the striking member and handle member overlapping and being joined together to provide a rigid interconnection therebetween to permit substantially complete striking energy transfer between the striking member and the handle member on hitting. Because the handle member is of a lower effective mass it will help to produce a lighter weight bat with the possibility of a greater swing speed.

The present invention provides a novel bat and method for producing the same wherein the striking portion is comprised of the most appropriate, or optimum, structure for striking and the handle is comprised of the most appropriate, or optimum, structure for swinging, and the two are joined for optimum slugging capability.

The present invention provides a bat, and method for making a bat, wherein selected materials are used in selected portions of the bat to achieve proper weight, or mass, distribution for optimum swing speed and to provide desired strength and stiffness of selected portions.

According to a principal aspect of a preferred form of the invention, a bat has a longitudinal axis and an overall first length, and is capable of being tested with a three-point bend stiffness test device having first and second supports. The bat includes an elongate tubular striking member and a separate handle member. The striking member has a distal end, a proximal end, and a striking region intermediate the distal and proximal ends. The handle member has a distal end and a proximal end, and is coupled to the striking member. The handle member has a resistance to bending along the longitudinal axis of the bat in the range of 10–1000 lbs/in a

US 7,097,578 B2

3

three-point bend stiffness test wherein the handle member is transversely supported in a first direction by the first and second supports spaced apart a selected distance, with the first support adjacent the distal end and the second support adjacent the proximal end, and the handle member is transversely loaded in a second direction, opposite the first direction, at a location on the handle member in a region between 30% and 40% of the selected distance from the distal end of the handle member.

According to another principal aspect of the present invention, a bat has a longitudinal axis, and is capable of being tested with a three-point bend stiffness test device having first and second supports. The bat includes a non-wooden, one-piece bat frame. The frame includes a distal end, a proximal end, an elongate tubular striking portion, and a handle portion. Either the handle portion or the striking portion includes a tapered region. The frame has a resistance to bending along the longitudinal axis in the range of 10–950 lbs/in a three-point bend stiffness test wherein the frame is transversely supported in a first direction by the first and second supports, wherein the first support is positioned at a first predetermined position, wherein the first predetermined position being the location where the tapered region has a first predetermined outer diameter, wherein the second support positioned a first predetermined distance from the first predetermined position, and wherein the frame is transversely loaded in a second direction, opposite the first direction, on the handle member at a second predetermined position that is located on the handle portion a second predetermined distance from the first predetermined position, wherein the second predetermined distance is between 30% and 40% of the first predetermined distance.

According to another principal aspect of the present invention, a method of categorizing a plurality bats includes the following steps. At least two distinct bat categories are created based upon at least one bat characteristic. The at least one bat characteristic includes either the resistance to bending of the frame of the bat or the resistance to bending of the handle portion of the frame of the bat. The method further includes determining the resistance to bending of one of the frame and the handle portion for the plurality of bats. The method also includes assigning one of the at least two categories to each of the plurality of bats based, at least in part, upon either the resistance to bending of the frame or the resistance to bending of the handle portion.

The present invention contemplates producing a handle member with multiple composite layers which are appropriately oriented and joined to provide a handle which has selected strength and stiffness. By providing a bat with a handle member made of composite material which may be laid up in multiple layers with selected orientation and strength, the handle member may be structured to provide selected degrees of strength, flexibility, and vibration transfer in an assembled bat. The present invention also contemplates producing a handle member of a thermoplastic material.

In one embodiment, one of the juncture sections of the striking member or the juncture section of the handle member has projections thereon which extend radially from remainder portions of the juncture section a distance substantially equal to the thickness of a desired layer of adhesive to join the striking member and handle member. Such projections firmly engage the facing surface of the other member and this, in conjunction with the adhesive applied between the two members, provides a firm interconnection therebetween.

4

This invention will become more fully understood from the following detailed description, taken in conjunction with the accompanying drawings described herein below, and wherein like reference numerals refer to like parts.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a sectional view through the longitudinal center of a bat in accordance with one embodiment of the invention.

FIG. 2 is a magnified sectional view of a juncture section of the bat of FIG. 1.

FIG. 3 is a cross sectional view taken generally along the line 3—3 in FIG. 2.

FIG. 4 is a view taken generally along the line 4—4 in FIG. 2, with a portion of the striking member broken away.

FIG. 5 is a view similar to FIG. 4, but with a different rib configuration.

FIG. 6 is a magnified sectional view of a portion of the handle taken generally along the line 6—6 in FIG. 2.

FIGS. 7–9 are perspective views of a flared end portion of the handle with forming members associated therewith during the production of the handle member to produce projecting ribs on the juncture section of the handle.

FIG. 10 is an enlarged longitudinal cross section of a handle member as may be used in the bat of FIG. 1, with portions broken away to illustrate composite lay up of the handle member with multiple composite material layers disposed at various regions along the length of the handle and with some sections of the handle having more layers than others and being composed of different materials to obtain selected handle member mass, strength and stiffness characteristics.

FIG. 11 is a side elevation view of a test fixture for testing the bending strength of a handle member with an exemplary handle member mounted therein for testing.

FIG. 12 is a side elevation view of a test fixture for testing the bending strength of a full length assembled bat with an exemplary handle member mounted therein for testing.

FIG. 13 is a side view of a bat having a one-piece integral frame.

FIG. 14 is a side elevation view of a test fixture for testing the bending strength of a bat with an exemplary assembled bat, or bat having a one-piece integral frame, mounted therein for testing.

DETAILED DESCRIPTION

Referring to FIG. 1, an elongate tubular ball bat 10 having a longitudinal axis, or centerline, 20 comprises an elongate tubular striking member 12. The striking member has a proximal, or inner, end 12a and a distal, or outer, end 12b. A striking region 14 is disposed intermediate ends 12a, 12b. A frusto-conical juncture section 16 of the striking member adjacent end 12a converges toward centerline 20 on progressing toward end 12a.

In the embodiment illustrated in FIGS. 1 and 2 striking region 14 has a substantially cylindrical inner cavity, with an inner diameter $D_1$. A cylindrical tubular insert 22 is received in the striking region cavity to form a multiple-wall bat. The insert has proximal, or inner, and distal, or outer, ends 22a, 22b, respectively. End 22a is disposed adjacent juncture section 16. The bat also could be made as a single-wall bat without insert 22.

Juncture section 16 has a major diameter equal to $D_1$ and a minor diameter noted $D_2$ at its end 12a.

US 7,097,578 B2

An elongate tubular handle member 30 is secured to and projects longitudinally outwardly from end 12a and juncture section 16 of the striking member.

The assembled bat 10 has an overall length $L_1$. Striking member 12 has a length $L_2$ and handle member 30 has a length $L_3$. As seen lengths $L_2$ and $L_3$ are each substantially less than $L_1$.

The handle member 30 in the illustrated embodiment may be made of a composite material or other appropriate material as will be discussed in greater detail below. It has opposed distal, or outer, end 30a, and proximal, or inner, end 30b. The handle member has an elongate, hollow, tubular, substantially cylindrical gripping portion 32 of a diameter $D_2$ throughout a major portion of its length, and a frusto-conical juncture section 34 adjacent end 30a. As best seen in FIGS. 1 and 2, juncture section 34 diverges outwardly from the longitudinal axis in a configuration complementary to the converging portion of juncture section 16 of the striking member. Juncture section 34 has a minor diameter $D_3$ (less than $D_2$), a major diameter $D_4$ (greater than $D_3$, but less than $D_1$), and a length which is no greater than 25% of the overall length $L_1$ of the assembled bat.

End 12a of striking member 12 provides an opening with a diameter $D_2$ greater than diameter $D_3$ of gripping portion 32 of handle member 30. The diverging portion of juncture section 34 of the handle member is such that the outer surface of juncture section 34 is substantially complementary to the configuration of the inner surface of juncture section 16 of the striking member so that they may fit in close contact with each other when assembled as illustrated in FIGS. 1 and 2.

Referring to FIGS. 3 and 4, it will be seen that juncture section 34 of the handle member in the illustrated embodiment has a plurality of elongate, radially extending ribs, or projections, 40 on its outer surface. These ribs extend substantially longitudinally of the handle member, and are spaced apart circumferentially substantially equally about juncture section 34, or at approximately 120° from each other as illustrated.

Projections, or ribs, 40 extend outwardly from remainder portions of the juncture section of the handle member a distance substantially equal to the thickness of a layer of adhesive which it is desired to apply between juncture section 16 of the striking member and juncture section 34 of the handle member to secure these two members together to form the completed bat. It has been found desirable to apply a layer of adhesive between the juncture sections of the handle member and the striking member, which is in a range of 0.001 to 0.010 inch thick, and preferably within a range of 0.002 to 0.005 inch thick. Thus ribs 40 project outwardly from remainder portions of juncture section 34 a distance in a range of 0.001 to 0.010 inch and more preferably in a range of 0.002 to 0.005 inch.

When assembled as illustrated in the drawings, the outer surfaces of projections 40 firmly engage the inner surface of juncture section 16 of the striking member, with a layer of adhesive filling the space between the circumferentially spaced ribs, or projections, to adhesively join the striking member to the handle member in this juncture section. A layer of such adhesive is indicated generally at 42.

Although projections 40 are shown as formed on the handle, it should be recognized that projections formed on the inner surface of the juncture section of the striking member and extending radially inwardly from remainder portions of the striking member could be used also.

FIG. 4 illustrates an embodiment of the invention in which the ribs 40 are substantially straight, and extend

longitudinally of the handle member. FIG. 5 illustrates another embodiment in which the ribs 46 are curved, such that they extend somewhat helically about the outer surface of juncture section 34. They function similarly to ribs 40.

Although the projections, which may be formed on the external surface of the juncture section of the handle or on the internal surface of the juncture section of the striking member, have been illustrated and described generally as elongate ribs, it should be recognized that the purpose of such projections is to provide a firm contacting engagement between the juncture section portions of the handle member and striking member to produce a substantially rigid interconnection therebetween. Thus, the projections do not necessarily have to be elongate ribs as illustrated. Instead, there could be a plurality of projections of substantially any shape extending outwardly from remainder portions of the juncture section of the handle member or projecting inwardly from the inner surface of the juncture section of the striking member, or any combination thereof, such that firm interengagement is provided between the striking member and the handle member. For example the projections may be a pebbled surface configuration, criss-crossed ribs, irregularly shaped ribs, or any other configuration that provides a plurality of raised surfaces for direct contact with the other member to provide a substantially rigid interconnection between the handle member and the striking member.

The complementary converging and diverging configurations of the juncture sections of the striking member and handle member prevent the two parts from being pulled apart longitudinally in opposite directions, such as by pulling outwardly on opposite ends of the bat. The adhesive is provided to inhibit longitudinal movement of the handle member and striking member upon application of forces thereagainst such as might occur if forces were exerted at opposite ends of the bat in an attempt to compress them toward each other.

Although adhesive has been noted as a means for securing the two members against relative longitudinal movement in the one direction, it should be recognized that other means could be used also. For example, mechanical locking means of various types could be employed. Although not shown herein, the striking member or handle member could be formed with a radially projecting lip which engages a portion on the other member when the parts are moved into the positions illustrated in FIGS. 1–4 to prevent longitudinal separation of the members.

Further, although it has been mentioned that adhesive can fill the spaces between the projections, it is not necessary that the spaces between the projections always be filled, and a less than filling quantity of adhesive may be adequate.

When assembled as illustrated in the drawings, juncture section 34 of the handle member fits tightly within juncture section 16 of the striking member and a layer of adhesive interposed therebetween rigidly interconnects the striking member and handle member.

In a particularly preferred embodiment, the striking member 12 is a one-piece integrally formed generally tubular member, and the handle member 30 is a one-piece integrally formed tubular unit. The striking and handle members 12 and 30 are preferably connected to each other such that at least a portion of the striking member 12 directly contacts at least a portion of the handle member 30. A non-metallic substance (an adhesive) is also preferably disposed between the handle and striking members 12 and 30 to further secure the connection between the handle and striking members.

In other alternative preferred embodiments, the handle and striking members can be coupled together in a manner

US 7,097,578 B2

7

that prevents direct contact between the handle and striking members. In such alternative preferred embodiments, a non-metallic substance can be used to couple the handle member to the striking member. The non-metallic substance can be an adhesive, an elastomer, an epoxy, a chemical bonding agent or combinations thereof. In other alternative preferred embodiments, other types of conventional fastening or coupling means, including metallic fasteners and rings, can be used. Further, because direct contact between the handle and striking members is not necessarily present in these alternative preferred embodiments, the juncture sections each of the handle and striking members can be formed with or without ribs or other projections.

The fully assembled bat as shown in FIG. 1 includes a knob 48 secured to the proximal end 30b of the handle member and a plug 50 inserted in and closing the distal end 12b of the striking member. Referring to FIG. 1, a weighted member, or plug, 54 is inserted and secured in the proximal end portion of handle member 30. The structure and function of member 54 will be described in greater detail below.

A generally cylindrical transition sleeve 52 having a somewhat wedge-shaped cross section as illustrated in FIG. 2 is secured to handle member 30 to abut end 12a of the striking member to produce a smooth transition between end 12a of the striking member and the outer surface of handle member 30. Rather than applying a transition sleeve 52, the proximal end 12a of juncture section 16 of the striking member may be swaged to a gradually thinner edge region with a rounded proximal edge.

Describing a method by which the bat illustrated in the figures may be produced, striking member 14 is formed of a material and in a manner to provide desired impact, or striking capabilities. The striking member may be formed by swaging from aluminum tube (or other metal found appropriate for the striking region of a bat) to yield an integral weld-free member. While swaging is one means of producing such striking member, it should be understood that other methods of manufacturing might work equally as well.

The striking member is formed with a circular cross section having a striking region which has a cylindrical interior surface defining an interior cavity of a first selected cross sectional dimension, or diameter, $D_1$. This produces a striking member having a first effective mass. The effective mass may be a function of the specific gravity of the material, size, thickness, or other characteristics.

The juncture section 16 converges inwardly toward longitudinal axis 20 to an opening at end 12a having an internal diameter indicated $D_2$ which is less than $D_1$.

Insert 22 has an outer diameter corresponding generally to, but possibly slightly smaller than, $D_1$ such that it may be inserted into the striking portion 14 of striking member 12. Its proximal, or inner, end 22a may engage the beginning of the inward converging portion of juncture section 16 which prevents the insert from shifting further toward end 12a of the striking member. End 12b of the striking member 12 is bent over to form a circular lip with a bore extending therethrough. An end plug 50 is placed in the end of the bat to engage end 22b of the insert to hold it in place.

The striking member 12 may be formed of tubular metal material of a first specific gravity, which may be, but is not limited to, aluminum, steel, titanium, or other suitable metal material. The striking member also might be formed of composite or other suitable materials. Insert 22 also may be made of any such tubular metal or a composite. The insert serves a function as set out in prior U.S. Pat. Nos. 5,415,398 and 6,251,034. Since the striking member is formed separately from the handle member, the striking member may be

8

formed in such a manner and from such materials as to produce the desired, or optimum, impact, or striking capabilities. Thus the requirements of the striking member and handle member are decoupled permitting each to be made of such materials and in such a manner as to provide optimum point location of mass in the bat and optimum strength and stiffness or flexibility where needed.

The handle member may be formed from material, which produces a different, and generally a lower, effective mass than it would have if composed in a manner or of a material similar to that from which the striking member is formed. The different effective mass of the handle member may be a function of the specific gravity of the material forming the striking member, its size, thickness or other characteristics. For example the material of the handle member may have a different specific gravity than the material from which the striking member is formed. In one preferred embodiment, the handle member is formed of a thermoplastic material, a fiber reinforced thermoplastic and combinations thereof. Some examples of thermoplastic materials include nylon, urethane, ABS, polyvinylchloride and combinations thereof. The fiber reinforced thermoplastic material can include fibers formed of fiberglass, aramid, carbon, Kevlar®, high molecular weight polyethylene in strand form, or other conventional fiber materials.

In some instances the handle member may be formed of a composite material, such as carbon fiber, having a second specific gravity less than the first specific gravity of the striking member. In other instances the handle member may be formed of materials or in such a manner as to provide one or more operational or functional characteristics which differ from those which the handle member would have if merely formed in the same manner of the same material as the striking member. For example the handle may be formed from other materials such as titanium, aluminum, plastic or other appropriate material.

Referring to FIG. 6, in one embodiment the handle member includes multiple tubular composite layers as indicated generally at 60–66. The layers 60–66 are disposed adjacent each other and are arranged in a substantially concentric manner. The number of layers must be sufficient to withstand the swinging action of the bat, a gripping force applied thereto by a user, and the bending force imposed thereon when striking the bat. However, preferably only the number of layers necessary to withstand such stresses would be provided, since more layers will add additional weight to the handle member. The number, position, and orientation of the multiple layers will vary depending upon the size and type of bat used. In one embodiment, the handle member may include the seven layers, 60–66, as shown. The number and thickness of layers and their position, and orientation may vary as needed to provide desired flexibility or stiffness and to withstand gripping forces and hitting stresses.

Each composite layer in the embodiment illustrated includes structural material to provide structural stability and matrix material to support the structural material. The structural material may be a series of fibers supported within the matrix material. In one preferred embodiment, most of the layers include fibers that preferably extend substantially longitudinally of the handle member. When the bat strikes a ball, the greatest stress component on the handle member may be in bending, thus the majority of the fibers preferably are directed longitudinally to withstand these stresses. For example, the even numbered layers 60, 62, 64, 66 may be longitudinally extending layers, whereas odd numbered layers 61, 63, 65, which are fewer in number, may be circum-

US 7,097,578 B2

9

ferentially disposed layers. The longitudinally extending layers often are referred to as longitudinal, or 0° layers, since they have fibers that are directed substantially parallel to the longitudinal axis. The other layers may be what are termed 90° layers, or circumferential layers, since they have fibers, in which the majority thereof are directed at substantially 90° relative to the longitudinal axis. Specific layers may be constructed with fibers directed at substantially 90° relative to the longitudinal axis and other fibers directed at substantially 0° and woven together within each layer. Or the layers may be uni-directional layers wherein the fibers within the layers are parallel.

In another preferred embodiment, one or more of the multiple tubular composite layers 60–66 can formed primarily of fibers extending in a non-longitudinal direction, with only a small percentage, or none, of the fibers extending in a longitudinal direction. In this preferred embodiment, the fibers can be laid substantially 90° from the longitudinal axis, in various angled positions between 1–89°, or in combinations thereof. By having a small percentage, or none, of the fibers extending at 0° (longitudinally), the stiffness of the handle can be reduced and optimized to fit a particular application. In another alternative preferred embodiment, one or more of the multiple composite layers can be formed of fibers, or fiber segments, in a random, or generally uniformly, configuration.

In this embodiment, the layers include carbon fibers. However the fibers could be other type of known fiber material, such as, but not limited to, Kevlar™, boron, aramid, fiberglass, or high molecular weight polyethylene in strand form. A metallic mesh also might be used.

The matrix in the layers preferably is sufficiently durable and has sufficiently high adhesion properties to continue supporting the structural material even after repeated use. In a preferred embodiment, the matrix material is a toughened epoxy. Alternatively, the matrix can be some other thermally setting resin such as a polyester or vinyl ester. A person skilled in the art will appreciate that a thermoplastic resin can be used, rather than a thermally setting resin.

In particularly preferred embodiments, the handle member 30 has a weight of about 158 grams and is formed with the number of layers between 28 to 40, wherein the weight of each layer varies from 0.6 to 14.0 grams. At least one layer of such embodiments is a braided layer having a percentage of the fibers within the braided layer extending longitudinally and the remaining fibers of the braided layer extending substantially circumferentially. Also, from 1 to 4 layers are formed with non-woven or non-braided fibers extending in two separate directions, such as, for example, 0 degrees and 90 degrees.

Additionally, in particularly preferred embodiments, the handle member 30 includes between 2 and 10 layers having longitudinally extending fibers. In particularly preferred embodiments, the handle member 30 includes a plurality of layers having helically extending fibers at various angles relative to the longitudinal axis, such as, for example, between 10 and 16 layers extend at plus or minus 30 degrees from the longitudinal axis, between 6 and 16 layers extend at plus or minus 45 degrees from the longitudinal axis, and 2 or less layers extend at plus or minus 60 degrees from the longitudinal axis.

Also, in particularly preferred embodiments, between 3 and 24 layers are formed of carbon fibers and between 13 and 25 layers are formed of fiberglass fibers. The layers are formed in a variety of different lengths varying from 5 cm to 67 cm. The layers, which are less than 67 cm, are placed at varying positions along the full length of the handle

10

member. The layers are also formed in a variety of different widths ranging between 3.3 and 17.5 cm. Other layers have widths that vary along their length from between 0 to 17.5 cm. The number of layers having widths that vary along their length range between 8 and 11 layers. The fibers within layers are formed with an area fiber density of between 0.0143 and 0.048 grams/cm², and each layer can be formed with a weight in a range of 0.6 to 14 grams.

In alternative preferred embodiments, one or more of the characteristics of the handle member can be altered, such as, for example: the weight, size, thickness and stiffness of the handle member; the number, size, composition and orientation of the layers; and the composition, density, and orientation of the fibers within a layer. The handle member preferably has a weight within a range of 3 to 8 ounces. The handle member 30 can be formed without a braided layer or with an alternate number of braided layers. The handle member 30 can be formed with five or more layers of fibers wherein the non-woven fibers extend in two directions or with no such layers. Two or more of the layers can include other combinations of longitudinally, circumferentially and helically extending fibers. The handle member can be formed of multiple layers having helically extending fibers wherein any one layer can have fibers extending between plus or minus 1 to 89 degrees from the longitudinal axis. The fibers within the layers can be formed of other materials, such as, for example, glass, boron, graphite or other metal.

FIG. 10 is a simplified illustration of the manner in which multiple layers of fiber composite material may be assembled. As is shown some of the layers extend the full length of the handle (layers 90a, b, c, d), while others are shorter and reside in selected regions of the handle member (90e, f, g, h, i, j, k). Only a limited number of layers are shown in FIG. 10, for the sake of simplicity in the illustration.

The handle member includes a proximal gripping portion and a distal tapered portion, wherein one of the proximal gripping portion and the distal tapered portion is formed with a larger number of layers than the remaining portion. The characteristics of the handle member therefore can vary over its length.

The handle member 30, when formed of a composite material and produced in accordance with the present invention, can be produced with a stiffness, or resistance to bending along the longitudinal axis 20 of the bat 10, within the range of 10 to 1980 lbs/in. when measured using a test method described below. In one preferred embodiment, the handle member 30 is formed with a stiffness or resistance to bending within the range of 400–900 lbs/in. (The term "lbs/in." refers to the amount of force in pounds applied perpendicular to the member to produce on inch of deflection in a test method described below.)

In other alternative preferred embodiments, the handle member 30 is formed with a stiffness, or resistance to bending along the longitudinal axis 20 of the bat 10, at specific levels within the range of 10 to 1980 lbs/in. The inventors of the present invention have discovered that, contrary to conventional bat design and construction, when the handle member 30 of the bat 10 is configured with a low stiffness, or resistance to bending along a longitudinal axis of the bat, the feel and perceived performance of the bat 10 significantly improves without negatively affecting the reliability of the bat. The present invention contemplates multiple preferred embodiments of ball bats in which the stiffness, or a resistance to bending along the longitudinal axis of the bat, of the handle member 30 is significantly lower than conventional bats. While conventional bat design

US 7,097,578 B2

11

focuses on bats having a resistance to bending typically far above 1000 lbs/in. (often 2200–2500 lbs/in for conventional metallic bats), in order to prevent the bat from becoming "too whippy," the present invention incorporates ball bats having handle members with significantly lower stiffness values (resistance to bending along the longitudinal axis of the bat), which are then tuned or optimized to maximize the feel and performance of the ball bat for a particular user.

Conventional performance bat design seeks to obtain a stiff handle member or portion to be used in conjunction with a responsive striking member or portion. A responsive striking member or portion provides the desired trampoline effect upon impact with a ball, and a stiff handle member maximizes the mass and the force that can be applied or transferred to the ball upon impact with the striking member or portion. A stiffer handle member or portion is also desired under conventional bat design because it allows the batter to bring the head of the bat around for impact faster and in a more controlled manner.

Contrary to conventional performance bat design, the inventors of the present invention have discovered that producing a handle member, or portion, of a bat with a significantly lower resistance to bending in a longitudinal direction along the bat, provides the bat with a significantly improved feel to the user, particularly during off-center hits. Existing metallic and composite ball bats often provide painful stinging or harsh vibrational feedback through the handle member or handle portion of the bat to the user when the bat contacts the ball away from the "sweet spot" of the striking member. This effect is often heightened at lower temperatures. A bat having a handle member, or portion, with a very low resistance to bending in the longitudinal direction of the bat, however, significantly improves the feel of the bat by altering or reducing the size or configuration of the impact energy extending along the bat. The handle member or handle portion having the low resistance to bending tends to isolate, alter and/or reduce the painful, harsh vibrational energy generated in a bat from an off-center impact with a game ball.

Often, the harsh or painful sensation felt by a batter when impacting a ball can have a significant impact on the ball player, particularly younger or less skilled players who do not always contact the ball at the sweet spot of the striking member or portion. Many players consciously, or subconsciously, alter or reduce the speed, motion or fluidity of their swing in an effort to avoid experiencing the stinging or harsh vibrational energy that can be generated upon impact with a ball. The handle member or handle portion, having a significantly reduced resistance to bending, alters, dampens, separates, isolates and/or reduces this negative vibrational energy or sensation transmitted to the ball player, particularly during mis-hits. After repeated use of such bats having a handle member or portion with a significantly lower resistance to bending, the ball player experiences the improved feel provided by the bat, particularly during mis-hits. The player typically will become more aggressive at the plate, swinging freer, smoother and often faster, thereby often improving his or her performance, even when mis-hitting the ball. Further, more skilled batters may be able to adjust their swings to maximize the impact of the significantly more flexible handle members. More skilled players potentially can bring the barrel or striking portion of the bat around into the point of impact with a ball in a manner that takes advantage of the flexibility of the handle to produce potentially greater bat head or striking portion speed.

By lowering the resistance to bending of the handle member 30 well beyond the level of conventional bats, the

12

present invention creates a significantly broader range of bat configurations and provides the ability to properly match a bat to a ball player. Other factors such as the player's size, age, strength, skill level and swing speed, as well as the type of ball game being played can be used along with the resistance to bending of the handle member to select a ball bat that is best suited for an individual player. The present invention includes a large number of bat configurations having resistance to bending levels that are significantly lower than conventional bats. In one particularly preferred embodiment, the handle member has a resistance to bending along the longitudinal axis within the range of 900–1000 lbs/in. In another particularly preferred embodiment, the handle member has a resistance to bending along the longitudinal axis within the range of 800–900 lbs/in. In another particularly preferred embodiment, the handle member has a resistance to bending along the longitudinal axis within the range of 700–800 lbs/in. In other particularly preferred embodiments, the handle member can have a resistance to bending along the longitudinal axis within the ranges of 600–700 lbs/in., 500–600 lbs/in., 400–500 lbs/in., 300–400 lbs/in., 200–300 lbs/in., 100–200 lbs/in., 10–100 lbs/in., or combinations and variations of these ranges. Each one of these ranges, or variations of these ranges, can be used to provide a bat having a resistance to bending that is best suited for a particular ball player for a particular type of ball game. Each of these ranges or range variations can be used to produce an optimal bat for a particular type of ball player for a particular application.

Referring to FIG. 11, the stiffness of the handle member 30 is determined through a three-point bend stiffness test wherein the handle member is placed upon first and second supports 90 and 92 of a universal test machine, or similar test machine, such as the universal test machine produced by Tinius Olsen Testing Machine Co., Inc. of Willow Grove, Pa. The first support 90 is a V-block support positioned at the distal end 30a of the handle member 30. The V-block support configuration of the first support 90 also serves to inhibit both longitudinal and transverse movement of the distal end 30a of the handle member 30. The second support 92 is a roller support including a roller 94 rotatable about a horizontal axis 96 spaced from V-block support 90 and positioned near the proximal end 30b of the handle member 30. For handle members 30 greater than or equal to 19 inches, the second support 92 is positioned a distance $D_6$ of 19 inches from support 90. The second support 92 also supports the handle member 30 in a first direction, preferably by maintaining the proximal end such that the longitudinal axis 20 of the bat 10 is in a substantially horizontal position. The second support 92 enables the proximal end 30b to move longitudinally.

The third point of the bend stiffness test is provided by a crosshead 100, preferably having a semi-circular or circular shape. Most preferably, the semicircular crosshead has a radius of 2.0 inches. The crosshead is configured to extend in a second direction opposite of the first direction. The crosshead may be moved downwardly onto the horizontally positioned handle member 30 with a force noted $F_1$ imposed thereon. The crosshead is connected to a load cell (not shown) which includes a strain gauge for measuring the load applied to the crosshead during displacement of the crosshead. The crosshead 100 is positioned a distance $D_7$ from the first support 90. Distance $D_7$ is in a range of 30% to 40% of distance $D_6$, and more preferably 7 inches, such that the semicircular crosshead contacts the handle member at a location approximately 7.0 inches from the distal end 30a of the handle member 30.

US 7,097,578 B2

**13**

During testing, the handle member is positioned as described above. The crosshead is driven in the second direction at a speed of 1.0 inches per minute. As the crosshead moves in the second direction (i.e., downwardly in FIG. 12) the testing machine with input from the load cell calculates the load ($F_1$) per the lateral deflection, or displacement, of the handle member 30.

Table 1 below illustrates the resistance to bending along the longitudinal axis of a bat of handle members of an existing bat formed with separate striking and handle members, as well as handle members of bats formed under the present invention.

TABLE 1

RESISTANCE TO BENDING ALONG A LONGITUDINAL AXIS
FOR HANDLE MEMBERS OF BATS
HAVING SEPARATE HANDLE AND STRIKING MEMBERS

| Test | | Resistance to Bending (lbs/in) | | |
|---|---|---|---|---|
| Sample # | Sample Description | Test a | Test b | Average |
| ts04-050 | Easton ® Connexion ™/ z-core titanium/~3 hesr certified/34"/31 oz/mdl. bt7-z/ baseball/handle-barrel separated | 1559.20 | 1553.48 | 1556.34 |
| ts04-060-1 | DeMarini ® Sample No. 1 | 18.79 | 18.21 | 18.50 |
| ts04-060 | DeMarini ® Sample No. 2 | 25.94 | 24.97 | 25.45 |
| ts04-049 | DeMarini ® Sample No. 3 | 30.71 | 31.51 | 31.11 |
| ts04-049-1 | DeMarini ® Sample No. 4 | 36.71 | 38.82 | 37.77 |
| vxw | DeMarini ® Sample No. 5 | 557.81 | 593.91 | 575.86 |
| evo 1 | DeMarini ® Sample No. 6 | 609.03 | 627.56 | 618.30 |
| sf2 1 | DeMarini ® Sample No. 7 | 797.58 | 720.04 | 758.81 |
| handle-1 | DeMarini ® Sample No. 8 | 1589.56 | 1530.03 | 1559.80 |

Easton ® is a registered trademark of Jas. D. Easton, Inc. Connexion ™ is a trademark of Easton Sports, Inc.

The DeMarini® Samples 1–7 are examples of handle members of the present invention having resistance to bending values well below the available bending values of existing bats, which are configured with separate striking and handle members. The handle members having the reduced resistance to bending values provide the ball player with a significantly improved feel and perceived performance. DeMarini Sample 1 has a resistance to bending value that is over 95% lower than a resistance to bending of the handle member of the existing Easton® Connexion™ bat model of Table 1.

The bat 10 of the present invention can be formed with separate striking and handle members 12 and 30 (see FIGS. 1–5) or as a bat 110 having an integral one-piece frame 110 as shown in FIG. 13. The frame 110 includes a striking portion 112 integrally connected with the handle portion 114. The frame 110 is formed of a strong, flexible material, preferably a composite material. Alternatively, other materials can be used, such as, for example, a tubular metal material or a combination of composite and metal materials. Through the use of composite materials throughout the frame 110, the frame 110 can be designed with different characteristics in the striking portion 112 compared to the handle portion 114. Preferably, the handle portion 114 is configured to be significantly more flexible than the striking portion 112.

Referring to FIG. 12, one method of performing the three-point bend stiffness test on an assembled bat is illustrated. When testing a bat the first support 92 is positioned such that a proximal side of the first support lies a distance $D_8$, which may be approximately 6 inches, from the distal end 12b of the striking member 12, and the second support

**14**

92 is positioned a distance $D_9$, which may be approximately 6 inches, from the proximal end 30b of the handle member 30. The distance between supports 90, 92 is noted at $D_{10}$ and the cross head is positioned a distance $D_{10}$ from support 92, which is approximately one half $D_{10}$ so as to contact the bat at a point between and generally equi-distant from the first and second supports.

During testing, the bat 10 is positioned as described above. The crosshead is driven in the second direction (downwardly in FIG. 12) at a speed of 0.5 inches per minute. As the crosshead moves in the second direction, the testing machine with input from the load cell calculates the load per displacement of the bat.

Referring to FIG. 14, another method of performing the three-point bend stiffness test on an assembled bat is illustrated. The stiffness of the bat 10 (or 100) is determined through a three-point bend stiffness test wherein the handle member 30 (or handle portion 110) of the bat 10 (or bat 110) is placed upon the first and second supports 90 and 92 of the universal test machine, or similar test machine. The first support 90 is a V-block support positioned toward the distal end of the handle member 30 of the bat 10 and at the tapered region of the bat 10 (the tapered region can be part of the handle portion 30 of the bat 10, part of the striking portion or a combination of both portions). The tapered region of the bat 10 is measured to identify the location of a predetermined outside diameter of the bat 10. Preferably, an outside diameter of 2.1 inches is selected. Alternatively, an outside diameter within the range of 2.1 to 2.25 inches can be selected. The tapered region of the bat 10 is placed into the first support 90 at the location where the predetermined outside diameter (preferably 2.1 inches) occurs. The V-block support configuration of the first support 90 also serves to inhibit the transverse movement of the bat 10.

The second support 92 is spaced from the V-block support 90 and is positioned near the proximal end 30b of the handle member 30. The handle member or portion is then placed over the second support 92. The second support 92 is preferably positioned a distance $D_6$ of 19 inches from support 90. The second support 92 also supports the handle member 30 in a first direction, preferably by maintaining the proximal end such that the longitudinal axis 20 of the bat 10 is in a substantially horizontal position. The second support 92 enables the proximal end 30b to move longitudinally. If the bat 10 (or bat 110) is configured such that the handle member 30 (or the handle portion 110) of the bat 10 (or the bat 110) does not extend to the second support 92, a different predetermined outside diameter value along the tapered region of the bat 10 can be selected. A diameter greater than 2.1 inches up to 2.25 inches can be used.

The third point of the bend stiffness test is provided by the crosshead 100. The crosshead is configured to extend in the second direction opposite of the first direction. The crosshead may be moved downwardly onto the horizontally positioned handle portion or handle member 30 with a force noted $F_1$ imposed thereon. The crosshead is connected to the load cell (not shown) which includes the strain gauge for measuring the load applied to the crosshead during displacement of the crosshead. The crosshead 100 is positioned a distance $D_7$ from the first support 90. Distance $D_7$ is in a range of 30% to 40% of distance $D_6$, and more preferably 7 inches, such that the semicircular crosshead contacts the handle member at a location approximately 7.0 inches from the location of the predetermined diameter (preferably 2.1 inches along the tapered region of the bat 10).

During testing, the handle member is positioned as described above. The crosshead is driven in the second

US 7,097,578 B2

15

direction at a speed of 1.0 inches per minute. As the crosshead moves in the second direction (i.e., downwardly in FIG. 13) the testing machine with input from the load cell calculates the load ($F_1$) per the lateral deflection, or displacement, of the handle member 30.

The bat of the present invention can be formed such that the stiffness of the bat 10 is within the range of 10 to 2500 lbs/in. In one particularly preferred embodiment, the bat 10 is formed with a stiffness, or resistance to bending, within

16

Table 2 provides a listing of the resistance to bending along the longitudinal axis 20 of a number of existing ball bats and a number of ball bats configured under the present invention, measured using the second full (assembled) bat test method described above. (The term "lbs/in." refers to the amount of force in pounds applied perpendicular to the bat to produce on inch of deflection in a test method described below.)

TABLE 2

RESISTANCE TO BENDING ALONG A LONGITUDINAL AXIS OF ASSEMBLED BATS

| Test | | Resistance to Bending (lbs/in) | | |
|------|---|--------|--------|---------|
| Sample # | Sample Description | Test a | Test b | Average |
| ts04-032 | Easton ® Connexion ™/~3/33''/30 oz/baseball | 1413.79 | 1450.00 | 1431.90 |
| ts04-033 | Worth ® supercell cst/cryogenic/34''/27 oz/softball | 1683.40 | 1689.93 | 1686.67 |
| ts04-034 | Easton ® z-core/~3/titanium/graphite reinforced sc777/34''/31 oz/mdl.bz71-2/baseball | 2320.11 | 2173.16 | 2246.64 |
| ts04-035 | Worth ® 3dx/~3/34''/31 oz/model 3dxab/baseball | 2166.02 | 2087.44 | 2126.73 |
| ts04-036 | Easton ® Connexion ™ /~3/32''/29 oz/baseball | 1518.40 | 1565.50 | 1541.95 |
| ts04-037 | Baum ® aaa-pro/33''/33 oz/baseball | 1895.87 | 1991.07 | 1943.47 |
| ts04-038 | Louisville Slugger ® TPX ™/gen1x/~3/33''/30 oz/ model cb203/baseball | 2313.61 | 2299.33 | 2306.47 |
| ts04-039 | Easton ® z2k/~3/graphite reinforced sc500 scandium/ mdl.bz2-kc/baseball | 2707.45 | 2656.00 | 2681.72 |
| ts04-040 | Easton ® (all aluminum)/youth baseball bat/31'' | 1328.10 | 1323.59 | 1325.84 |
| ts04-041 | Easton ® Connexion ™ z-core/34''/26 oz/mdl. st1-2/ softball | 1111.51 | 1151.69 | 1131.60 |
| ts04-042 | Worth ® Wicked ™/34''/28 ox/model wwsc/softball | 1330.71 | 1375.98 | 1353.34 |
| ts04-043 | Easton ® synergy/34'' 28 oz/mdl. Scx2/softball | 1005.63 | 992.40 | 999.02 |
| ts04-044 | Louisville Slugger ® TPS/air attack 3/34''/28 oz/ model sb22/softball | 1990.48 | 1891.51 | 1940.99 |
| ts04-045 | Louisville Slugger ® TPS/air c555/~10.5 oz/34''/ model fp25/fastpitch | 1868.15 | 1835.37 | 1851.76 |
| ts04-046 | Mizuno ® techfire/victory stage33''/model 2tp-50340/ softball | 2727.27 | 2780.90 | 2754.09 |
| ts04-047 | Easton ® cxn Connexion ™/sc888/29''/18.5 oz/mdl. lt8-z/youth baseball | 1094.30 | 1183.22 | 1138.76 |
| ts04-048 | Easton ® Connexion ™/youth baseball bat/31'' | 1128.07 | 1120.31 | 1124.19 |
| ts04-004 | DeMarini ® Sample No. 9 | 306.44 | 306.40 | 306.42 |
| ts03-191 | DeMarini ® Sample No. 10 | 529.59 | 464.58 | 497.08 |
| ts03-040 | DeMarini ® Sample No. 11 | 668.60 | 674.12 | 671.36 |
| wcb-32-1 | DeMarini ® Sample No. 12 | 894.84 | 928.07 | 911.46 |
| wcb-33-1 | DeMarini ® Sample No. 13 | 906.95 | 944.00 | 925.48 |
| ts03-151 | DeMarini ® Sample No. 14 | 1176.81 | 1164.74 | 1170.78 |
| ts03-107 | DeMarini ® Sample No. 15 | 2347.97 | 2348.82 | 2348.40 |

Easton ® is a registered trademark of Jas. D. Easton, Inc. Connexion ™ is a trademark of Easton Sports, Inc. Worth ® is a registered trademark of Worth, Inc. Wicked ™ is a trademark of Worth, Inc. Baum ® is a registered trademark of Baum Research & Development Company, Inc. Louisville Slugger ® is a registered trademark of Hillerich & Bradsby, Co. TPS ™ and TPX ™ are trademarks of Hillerich & Bradsby, Co. Mizuno ® is a registered trademark of Mizuno Corp.

the range of 500 to 1500 lbs/in, and more preferably in a range of 400–900 lbs/in. A conventional aluminum bat typically has a stiffness, or resistance to bending, of approximately 2200 to 2500 lbs/in. In one particularly preferred embodiment, the bat is formed with a resistance to bending along the longitudinal axis within the range of 800–950 lbs/in. In another particularly preferred embodiment, the bat has a resistance to bending along the longitudinal axis within the range of 700–800 lbs/in. In other particularly preferred embodiments, the bat can have a resistance to bending along the longitudinal axis within the ranges of 600–700 lbs/in., 500–600 lbs/in., 400–500 lbs/in., 300–400 lbs/in., 200–300 lbs/in., 100–200 lbs/in., 10–100 lbs/in., or combinations and variations thereof. Each one of these ranges, or variations of these ranges, can be used to provide a bat having a resistance to bending that is best suited for a particular ball player for a particular type of ball game.

Table 2 illustrates bats having different stiffnesses, or different resistance to bending values, of a number of existing ball bats. Table 2 also illustrates the reduced resistance to bending of the bats of DeMarini Samples 9–13. The DeMarini Samples are configured in accordance with the present invention and provide for resistance to bending values that are significantly lower than those measured on existing ball bats. The DeMarini Samples 1–7 and 9–13 of Tables 1 and 2 illustrate only a few of the variations in handle stiffness or resistance to bending contemplated under the present invention.

As stated above, the present invention enables the bat to be produced with significantly less stiffness, greater flexibility, and significantly better feel to the player, without negatively affecting the batting performance of the bat. The present invention enables one of ordinary skill in the art to vary the composition of the bat to produce a bat that is

US 7,097,578 B2

17                                                                     18

optimally configured, adjusted or tuned to meet the needs of a particular player. The present invention also enables one of ordinary skill in the art to produce a bat that optimizes flexibility and, through the direct connection between the handle member and the striking member, maximizes energy transfer between the handle and striking members, and the power output of the bat.

It should be noted that examples set out herein are only exemplary in nature, and should not be considered limiting as to the structure and method of manufacture of bats according to the invention. For example, although the bat has been described with a metal striking member and a composite handle member, such a wide difference in materials for the two members may not be necessary. For example, the striking member and the handle member both may be made of composite material, but with constructions which provide varying operational or functional characteristics beneficial for the specific portion of the bat which they form.

The present invention also includes a method of categorizing a plurality ball bats or bat models (two or more) based, at least in part, upon the stiffness, or the resistance to bending of the bat along its longitudinal axis. The method includes creating at least two distinct bat categories, or groupings of bats, based upon at least one bat characteristic. The at least two bat categories or groupings of bats can be two, three, four or more categories or groups. The at least one bat characteristic includes at least the resistance to bending of the frame of the bat along the longitudinal axis of the bat, or the resistance to bending of the handle portion of the frame of the bat along the longitudinal axis of the bat. Preferably, the at least one bat characteristic used to create the two or more categories or groupings of bats is two or more bat characteristics, wherein the second characteristic is the weight of the bat, the length of the bat, the application the bat was configured for, the material of the handle portion of the bat, and the material of the frame of the bat. Further characteristics of the ball player for which a particular bat is intended for also can be used. Such characteristics can include a batter's skill level, a batter's swing speed, a batter's experience level, a batter's strength, a batter's age, and a batter's size. Still further, the application for which the bat is intended for can also be used as one of the additional characteristics used to define the categories.

The method also includes determining the resistance to bending of either the frame or the handle portion for the plurality of bats, or bat models. This resistance to bending along the longitudinal axis of the bat, or handle portion of the bat, can be accomplished through actual testing or through use of design specifications. The method further includes assigning one of the at least two categories to each of the plurality of bats based, at least in part, upon either the resistance to bending of the frame or the resistance to bending of the handle portion. The method of testing for the resistance to bending of the bat frame or the handle portion of the frame is preferably accomplished using one of the three, three-point bend stiffness test approaches described above. Accordingly, the above-described method facilitates provided the bat that best fits a particular player. In other words, the bat can be flex-tuned to a particular player. For example, youth baseball bats may be configured with handle portions having a lower resistance to bending along the longitudinal axis of the bat than adult baseball bats. In other example, the youth baseball bats may be categorized with different stiffness levels, or different levels of resistance to bending, in order to appropriately match a bat to a particular

youth player. One youth model would be stiff, the second less stiff, and the third even less stiff, or more flexible.

In constructing the bat of the illustrated embodiment the striking member 12 may be formed as set out above. End 12h initially remains cylindrical, without the bent over portion as illustrated in FIG. 1.

The tubular handle member may be formed by wrapping sheets of preimpregnated composite material on a mandrel. A first layer is wrapped on the mandrel, followed by a second layer, etc., until the desired number of layers have been wrapped on the mandrel in the desired positions and orientations to form the tubular handle member. The mandrel has a configuration which produces both the elongate substantially cylindrical gripping portion 32 and the diverging frusto-conical juncture section 34.

To form projecting ribs 40, and referring to FIGS. 7–9, after a sufficient number of layers of preimpregnated composite material have been wrapped onto the mandrel, a plurality of forming members indicated generally at 70, 72, 74 having a selected arcuate configuration are placed on the outside of the juncture section of the handle member while the composite material is still malleable. FIG. 7 shows members 70, 72, 74 prior to placement on the outside of the juncture section 34 and the placement of such is illustrated in dashed outline in FIG. 7. As is seen members 70, 72, 74 do not extend fully about the juncture section when placed thereon, but instead have gaps therebetween.

Members 70, 72, 74 have a thickness substantially equal to the desired projection for ribs 40 and the space between adjacent edges of elements 70, 72, 74 is the desired width of ribs 40.

As mentioned previously, the projections may be in forms other than elongate ribs and other molding or forming members may be provided to achieve the desired projection configurations.

When the forming members are placed against the juncture section as noted, the tubular member then may be wrapped in shrink tape and placed in an oven between 250 and 300° F. for about 45 minutes to one hour. The shrink tape preferably is temperature resistant and has high shrinkage and compaction capability when heated. As the shrink tape contracts it presses the composite layers into a desired configuration about the forming mandrel and presses members 70, 72, 74 into the composite material as seen in FIG. 8 to form depressions between areas which become projecting ribs 40. The depressions are indicated generally at 76, 78, 80, respectively, having a depth equal to the thickness of members 70, 72, 74. FIG. 9 illustrates the configuration thus produced when members 70, 72, 74 are removed.

Heating the handle member speeds the curing process, but it may be allowed to cure at a lower temperature for a longer period of time. For example, the handle member may be allowed to cure at room temperature for several days. The pressure applied by the shrink tape may range from 15 to 150 psi depending both on the type of the shrink tape used and the flow properties of the matrix material used. Alternately, some other known apparatus may be used to pressurize the handle member during curing, such as a bladder or a vacuum bag.

The handle member (or striking member if chosen to do so) also may be formed of a chopped fiber slurry. The chopped fibers can be carbon, glass, fiberglass, boron, or various metals.

Although not illustrated in the figures, it should be recognized that other methods may be used for forming the handle and providing a desired series of projections thereon. One method of doing so is to wrap sheets of pre-impregnated

US 7,097,578 B2

19                                                                                                     20

composite material onto a mandrel as previously described to form the general configuration for the handle with its cylindrical gripping portion and flared frusto-conical juncture section. The materials wrapped on the mandrel then may be placed in a clam shell style mold having the desired external configuration for the handle, including forms to produce a selected pattern of projections thereon. After the clam shell mold has been placed about the exterior of the handle, the forming mandrel is removed, a pressure bladder is inserted where the mandrel previously had been, and pressure is applied on the bladder to force the wrapped materials outwardly against the mold. The materials then are allowed to cure and are removed from the mold with the desired external configuration.

Although the handle member has been described using a plurality of sheets of impregnated composite material, the layers may be formed by some other method, such as a filament winding process. With a filament winding process, a continuous fiber, rather than a preimpregnated sheet as described above, is wrapped around a mandrel. The filament winding process may use a preimpregnated fiber. Alternately, the continuous fiber may run through a resin bath before it is wrapped onto the mandrel. The filament winding process typically winds the fiber in a helical path along the mandrel, making it difficult to produce a layer having fibers that are exactly 90 degrees relative to the longitudinal axis of the layers. Thus the layers may include layers that are at an angle substantially 90 degrees, but not exactly at 90 degrees.

The handle member, being produced of composite material, permits selective production to obtain a handle member of the desired weight while still obtaining the necessary strength and stiffness.

In an alternative preferred embodiment, the handle member can be formed of a thermoplastic material, as described above. The handle member formed of a thermoplastic material is preferably produced through injection molding. The injection molding process includes the steps of obtaining a mold having a cavity configured for the desired structure, such as the handle member. The mold cavity is then filled with the thermoplastic material under heat and pressure. The thermoplastic material can include fiber reinforcement, and/ or it can be formed of a combination of thermoplastic materials. The thermoplastic material is then allowed to cure. After curing, the structure (the handle member) is removed from the mold. If a fiber-reinforced thermoplastic material is used, the injection process can be configured to orientate a significant portion the fibers, or fiber segments, in a particular direction. As such, the handle member formed of a thermoplastic material can be generally anisotropic. Preferably, the handle member formed of a thermoplastic material is formed to be generally isotropic (wherein the fibers, or fiber segments, are randomly oriented).

After the handle member has been formed it is inserted through the open end $12b$ of striking member 12, such that gripping portion 32 extends longitudinally outwardly from end $12a$ of the striking member. Prior to inserting the handle member a layer of adhesive is applied either to the outer surface of juncture section 34 of the handle member or the inner surface of juncture section 14 of the striking member. The striking member 12 and handle 30 are urged in opposite directions along the longitudinal axis, such that the juncture section 34 of the handle member is forced into tight engagement with the interior surface of juncture section 16. As this occurs, the adhesive applied between the parts is pressed into recesses 76, 78, 80 and ribs 40, or other projections, firmly contact, or engage, the inner surface of juncture

section 16. Excess adhesive will be allowed to flow outwardly from end $30a$ of the handle member, with only the selected thickness of adhesive remaining.

It has been found that an adhesive such as Scotch-Weld™ DP-100 epoxy adhesive or PT 1000 urethane adhesive from Willamette Valley Co., of Eugene, Oreg., works well in this application. Other appropriate adhesives also may be used. In a preferred embodiment, projections 40 extend outwardly from remainder portions of the outer surface of the juncture section of the handle member in a range of 0.001 to 0.010 inch, and more preferably in a range of 0.002 to 0.005 inch and have a width in a range of 0.125 to 0.75 inch and more preferably in a range of 0.2 to 0.3 inch. The layer of adhesive will have a thickness generally equal to height of the projections and is allowed to cure and form a substantially rigid, firm interconnection between the striking member and the handle member. The substantially rigid interconnection between the juncture sections of the striking member and handle member provided by the adhesive and direct engagement of the projections with the inner surface of the striking member permits substantially complete striking energy transfer between the handle member and the striking member.

After the handle member has been secured to the striking member, insert 22 is inserted into the striking member, the outer end $12b$ is rolled over into the configuration illustrated in FIG. 1, and stop member 50 is inserted therein. Transition member 52 (when used) is attached to provide a smooth transition between the inner end $12a$ of the striking member and handle 30.

Prior to, or following, assembly of the handle member and striking member, weighted member, or plug, 54 is inserted and secured in the proximal end portion of the handle member as shown in FIG. 1.

Weighted plug 54 is a generally cylindrical member coupled to the proximal end $30b$ of the handle member 30. The weighted plug preferably is sized to fit snugly within the proximal end $30b$ of the handle member 30 and preferably is affixed to the proximal end $30b$ with a suitable adhesive. Alternative means for coupling the plug 54 to the proximal end $30b$ of the handle member 30 also are contemplated, such as, for example, press-fit connections, fasteners, and other mechanical latching mechanisms. The weighted plug 54 is formed of a relatively dense material, preferably a metal. Alternatively, the weighted plug 54 can be formed of other materials, such as, for example, sand, a fluid or a polymeric material. The plug 54 is formed with a weight in the range of 0.5 to 7.0 ounces, and preferably within a range of 2 to 5 ounces, and a length in the range of 1.0 to 4.0 inches.

The weighted plug 54 places additional weight, or mass, generally directly beneath the player's grip during swinging, thereby facilitating the player's ability to swing the bat and to increase his or her bat speed. The weighted plug 54 provides the player with a pivot point, which facilitates rotation of the bat about the mass or grip location of the player.

Additionally, the weighted plug 54 also serves to dampen, or substantially reduce, the shock, vibration and "sting" commonly felt by a player when hitting a ball, particularly when the ball is hit away from a desired hitting region of the striking member, or the "sweet spot." The weighted plug 54 serves as a vibration sink that substantially lowers the amplitude of the vibrational energy generated upon impact of the bat 10 with a ball at the location of the plug 54 thereby

US 7,097,578 B2

21

reducing the vibration or shock felt by the player. In another alternative preferred embodiment, the plug 54 is integrally formed with the knob 48.

The use of the weighted plug 54 is just one example of the advantages achieved in the present invention from redistributing the weight, or mass, within the bat 10 through decoupling of the handle member 30 and the striking member 12. When forming the handle member 30 of a composite material, the weight of the handle member 30 can be reduced from that of a conventional metal handle member. This weight can then be redistributed to other locations on the bat, such as at the proximal end of the handle member 30 to improve, or tune, the performance of the bat 10. In the present invention, the weighted plug 54 can be added to the bat 10 to enable the player to increase his or her bat speed, and to reduce the shock and vibration felt by the user, without excessively or unnecessarily increasing the weight of the bat 10. In another alternative preferred embodiment, weight can be redistributed to the striking member 12.

The method described herein and the bat produced provide a bat which has improved striking capabilities. Such improved striking capabilities are provided by the structural characteristics of the bat. In one instance increased bat swing speed is allowed by producing a bat with a handle which is lighter than would be the case if it were made of the same material or in a manner similar to the striking portion of the bat. This reduction in weight of the handle in relation to the striking portion and providing a substantially rigid interconnection between the two permits increased bat speed and substantially complete striking energy transfer between the striking member and the handle member. Further it provides desirable weight distribution in the bat with the greatest effective mass in the striking region and lower effective mass in the handle.

It also has been found that the slugging, or hitting, characteristics of the bat may be varied by mating various composite handle members with striking members of different materials or configurations, with a substantially rigid interconnection therebetween. Thus different models of bats may be produced, tuned to selected requirements.

By providing a bat constructed with an independently produced striking member and handle member which are rigidly interconnected at a juncture region, bats may be made with numerous selected functional characteristics. The striking member may be made of materials which provide optimum ball striking effectiveness, while the handle member may be constructed in such a fashion that is allows the batter to impart the maximum possible force from the batter's hands to the bat and to produce the greatest swing speed. The handle member may be laid up from a variety of composite materials with selected thicknesses, orientations, and positions within the handle member to produce desired strength, weight, stiffness, etc., in the overall handle or even within selected regions of the handle.

Explaining further, selected regions of the handle may have a greater or lesser number of layers of composite material than other regions, the thicknesses or structural materials within the layers may vary at different regions of the handle member, and other characteristics may be varied through selected lay up of materials in the handle member during production.

As an example of desirable differences in handle members which may be formed, it has been found that certain bats, such as for softball use, will work better with a stiffer handle member, whereas for baseball a more flexible, or less stiff, handle member is preferable.

22

With the structure and method for producing such set out herein, a bat may be optimized for the selected usage by selection of materials and lay up for the various components of the bat.

While there have been illustrated and described preferred embodiments of the present invention, it should be appreciated that numerous changes and modifications may occur to those skilled in the art and it is intended in the appended claims to cover all of those changes and modifications which fall within the spirit and scope of the present invention.

What is claimed is:

1. A bat having a longitudinal axis and capable of being tested with a three-point bend stiffness test device having first and second supports, the bat comprising:
 an elongate tubular striking member having a distal end, a proximal end, and a striking region intermediate the distal and proximal ends; and
 a separate handle member having a distal end and a proximal end, the handle member coupled to the striking member, the handle member having a resistance to bending along the longitudinal axis in the range of 10–850 lbs/in in a three-point bend stiffness test wherein the handle member is transversely supported in a first direction by the first and second supports spaced apart a selected distance, with the first support adjacent the distal end of the handle member and the second support adjacent the proximal end of the handle member, and the handle member is transversely loaded in a second direction, opposite the first direction, at a location on the handle member in a region between 30% and 40% of the selected distance from the distal end of the handle member,
 the bat configured to optimize batting performance and to satisfy the performance requirements of at least one level of conventional youth or adult, softball or baseball organized competition.

2. The bat of claim 1, the handle member has a resistance to bending along the longitudinal axis in the range of 800–850 lbs/in.

3. The bat of claim 1, the handle member has a resistance to bending along the longitudinal axis in the range of 700–800 lbs/in.

4. The bat of claim 1, the handle member has a resistance to bending along the longitudinal axis in the range of 600–700 lbs/in.

5. The bat of claim 1, the handle member has a resistance to bending along the longitudinal axis in the range of 500–600 lbs/in.

6. The bat of claim 1, the handle member has a resistance to bending along the longitudinal axis in the range of 400–500 lbs/in.

7. The bat of claim 1, the handle member has a resistance to bending along the longitudinal axis in the range of 300–400 lbs/in.

8. The bat of claim 1, the handle member has a resistance to bending along the longitudinal axis in the range of 200–300 lbs/in.

9. The bat of claim 1, the handle member has a resistance to bending along the longitudinal axis in the range of 100–200 lbs/in.

10. The bat of claim 1, the handle member has a resistance to bending along the longitudinal axis in the range of 10–100 lbs/in.

11. The bat of claim 1, wherein the handle member is firmly joined adjacent its distal end to the proximal end of the striking member to provide a rigid interconnection

US 7,097,578 B2

23

therebetween to permit substantially complete striking energy transfer between the handle member and the striking member.

**12.** The bat of claim **1**, wherein the striking member is formed of a material having a first effective mass, and wherein the handle member is formed of a material having a second effective mass which is less than the first effective mass.

**13.** The bat of claim **1**, wherein the bat has an overall first length, wherein the striking member has a second length, wherein the handle member has a third length, and wherein the second and third lengths are each shorter than the first length.

**14.** The bat of claim **1**, wherein the striking member includes a first juncture section positioned adjacent the proximal end of the striking member, wherein the handle member includes a second juncture section positioned adjacent the distal end of the handle member, and wherein the first junction section is engaged with the second junction section.

**15.** The bat of claim **14**, wherein the first juncture section is integrally formed to the striking member, and wherein the second juncture section is integrally formed to the handle member.

**16.** The bat of claim **14**, wherein the bat has an overall first length, and wherein the first juncture section has a length no greater than 25% of the first length.

**17.** The bat of claim **14**, wherein the bat has an overall first length, and wherein the second juncture section has a length no greater than 25% of the first length.

**18.** The bat of claim **14**, wherein the first and second juncture sections of the striking member and handle member are substantially frusto-conical, each having a major diameter section and a minor diameter portion, with the major diameter portion of the juncture section of the handle member being greater than a minor diameter portion of the juncture section of the striking member.

**19.** The bat of claim **15**, wherein the striking region of the striking member has a first diameter, wherein the handle member has a gripping portion positioned toward its proximal end, wherein the gripping portion has a second diameter which is less than the first diameter, and wherein the second juncture section is captured in first juncture section.

**20.** The bat of claim **14**, which further comprises adhesive material interposed between the first and second juncture sections.

**21.** The bat of claim **1**, wherein the striking member is formed from a material selected from the group consisting of a metal, wood, a fiber composite material, and a non-metallic material.

**22.** The bat of claim **1**, wherein the striking member is formed of a material having a first specific gravity, wherein the handle member is formed of a material having a second specific gravity, and wherein the specific gravity of the handle member is less than the specific gravity of the striking member.

**23.** The bat of claim **1**, wherein the handle member is formed from a material selected from the group consisting of a metal, wood, a fiber composite material, and a non-metallic material.

**24.** The bat of claim **1**, which further comprises a second tubular member concentric with the striking region of the striking member.

**25.** The bat of claim **24**, wherein the second tubular member is configured to move independently of the striking member upon impact with a ball.

24

**26.** The bat of claim **1**, wherein the striking member is a one-piece integrally formed tubular member.

**27.** The bat of claim **26**, wherein the handle member is a one-piece integrally formed tubular unit, and wherein the striking member is directly connected to the handle member.

**28.** The bat of claim **26**, wherein the handle member is a one-piece integrally formed tubular unit, and wherein the striking member is coupled to the handle member by a non-metallic substance.

**29.** The bat of claim **28**, wherein the non-metallic substance is selected from the group consisting of an adhesive, an epoxy, an elastomer, a chemical bonding agent and a combination thereof.

**30.** The bat of claim **26**, wherein the handle member is a one-piece integrally formed tubular unit, and wherein at least a portion of the one-piece striking member overlaps at least a portion of the handle member.

**31.** The bat of claim **1**, wherein the striking member is swaged at and near the proximal end of the striking member such that the shape of the proximal end of the striking member generally conforms to the shape of the distal end of the handle member.

**32.** A bat having a longitudinal axis and capable of being tested with a three-point bend stiffness test device having first and second supports, the bat comprising:

a non-wooden, one-piece bat frame including a distal end, a proximal end, an elongate tubular striking portion, and a handle portion, one of the handle portion and the striking portion including a tapered region, the frame having a resistance to bending along the longitudinal axis in the range of 10–850 lbs/in in three-point bend stiffness test wherein the frame is transversely supported in a first direction by the first and second supports, wherein the first support is positioned at a first predetermined position, the first predetermined position being the location where the tapered region has a first predetermined outer diameter, the second support positioned a first predetermined distance from the first predetermined position, and wherein the frame is transversely loaded in a second direction, opposite the first direction, on the handle member at a second predetermined position that is located on the handle portion a second predetermined distance from the first predetermined position, the second predetermined distance being between 30% and 40% of the first predetermined distance,

the bat configured to optimize batting performance and to satisfy the performance requirements of at least one level of conventional youth or adult, softball or baseball organized competition.

**33.** The bat of claim **32**, wherein the first predetermined outer diameter is within the range of 2.1 to 2.25 inches.

**34.** The bat of claim **33**, wherein the first predetermined distance is approximately 19 inches from the first predetermined position.

**35.** The bat of claim **34**, wherein the second predetermined distance is approximately 7 inches.

**36.** The bat of claim **32**, wherein the frame has a resistance to bending along the longitudinal axis in the range of 800–850 lbs/in.

**37.** The bat of claim **32**, the handle member has a resistance to bending along the longitudinal axis in the range of 700–800 lbs/in.

**38.** The bat of claim **32**, the handle member has a resistance to bending along the longitudinal axis in the range of 600–700 lbs/in.

US 7,097,578 B2

**25**

**39**. The bat of claim **32**, the handle member has a resistance to bending along the longitudinal axis in the range of 500–600 lbs/in.

**40**. The bat of claim **32**, the handle member has a resistance to bending along the longitudinal axis in the range of 400–500 lbs/in.

**41**. The bat of claim **32**, the handle member has a resistance to bending along the longitudinal axis in the range of 300–400 lbs/in.

**42**. The bat of claim **32**, the handle member has a resistance to bending along the longitudinal axis in the range of 200–300 lbs/in.

**43**. The bat of claim **32**, the handle member has a resistance to bending along the longitudinal axis in the range of 100–200 lbs/in.

**26**

**44**. The bat of claim **32**, the handle member has a resistance to bending along the longitudinal axis in the range of 10–100 lbs/in.

**45**. The bat of claim **32**, wherein the frame is formed of a material selected from the group consisting of a metal, a metallic alloy, a composite material, and combinations thereof.

**46**. The bat of claim **32**, further comprising a second tubular member concentric with the striking portion of the frame.

**47**. The bat of claim **46**, wherein the second tubular member is configured to move independently of the striking portion upon impact with a ball.

\*    \*    \*    \*    \*

EXHIBIT B

US009067109B2

(12) **United States Patent**
Epling et al.

(10) **Patent No.:** **US 9,067,109 B2**
(45) **Date of Patent:** **Jun. 30, 2015**

(54) **BALL BAT WITH OPTIMIZED BARREL WALL SPACING AND IMPROVED END CAP**

(71) Applicant: **Wilson Sporting Goods Co.,** Chicago, IL (US)

(72) Inventors: **Sean S. Epling,** Portland, OR (US); **Ty B. Goodwin,** Vancouver, WA (US)

(73) Assignee: **Wilson Sporting Goods Co.,** Chicago, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 72 days.

(21) Appl. No.: **14/018,638**

(22) Filed: **Sep. 5, 2013**

(65) **Prior Publication Data**
US 2014/0080641 A1   Mar. 20, 2014

**Related U.S. Application Data**

(60) Provisional application No. 61/701,312, filed on Sep. 14, 2012.

(51) **Int. Cl.**
*A63B 59/06* (2006.01)

(52) **U.S. Cl.**
CPC ............. *A63B 59/06* (2013.01); *A63B 2209/02* (2013.01)

(58) **Field of Classification Search**
USPC ................. 473/457, 519, 520, 564–568
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,861,682 | A | 1/1975 | Fujii | 273/72 |
| 3,963,239 | A | 6/1976 | Fujii | 273/72 |
| 3,972,528 | A | 8/1976 | McCracken et al. | 273/72 |
| 4,644,630 | A | 2/1987 | Blum | 29/453 |
| 4,951,948 | A | 8/1990 | Peng | 273/72 |
| 5,094,453 | A | 3/1992 | Douglas et al. | 273/72 |
| 5,364,095 | A | 11/1994 | Easton et al. | 273/72 |
| 5,395,108 | A | 3/1995 | Souders et al. | 273/72 |
| 5,415,398 | A | 5/1995 | Eggiman | 273/72 |
| 5,421,572 | A | 6/1995 | MacKay, Jr. | 473/566 |
| 5,593,158 | A | 1/1997 | Filice et al. | 473/520 |
| 5,676,610 | A | 10/1997 | Bhatt et al. | 473/566 |
| 5,899,823 | A | 5/1999 | Eggiman | 473/566 |
| 5,931,750 | A | 8/1999 | MacKay, Jr. | 473/566 |
| 5,954,602 | A | * | 9/1999 | Eggiman et al. | 473/566 |
| 5,961,405 | A | 10/1999 | MacKay, Jr. | 473/566 |
| 5,964,673 | A | 10/1999 | MacKay, Jr. | 473/566 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| JP | 50-7976 | 3/1975 | | A63B 59/06 |
| JP | 51-13165 | 4/1976 | | A63B 59/06 |

(Continued)

*Primary Examiner* — Mark Graham
(74) *Attorney, Agent, or Firm* — Terence P. O'Brien

(57) **ABSTRACT**

A ball bat extending about an axis, and configured for hitting a ball. The bat including a barrel portion coupled to a handle portion, a tubular sleeve positioned within the barrel portion, and an end cap. The barrel portion is formed of a fiber composite material, and includes a proximal end region, a distal end region, and an inner and outer layer. The layers are separated by a first separation configured to allow for independent movement between the layers upon impact with the ball. The sleeve is coupled to the handle portion. A portion of the sleeve is separated from the inner layer by a second separation within the range of 0.030 to 0.125 inch when measured radially from the axis. Upon impact, the barrel portion deflects inwardly such that the inner wall operably engages the sleeve. The cap is coupled to the sleeve and to the barrel portion.

**17 Claims, 9 Drawing Sheets**



**US 9,067,109 B2**

Page 2

(56)    **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,042,493 | A | 3/2000 | Chauvin et al. | 473/566 |
| 6,045,467 | A | 4/2000 | Anderson | 473/568 |
| 6,056,655 | A | 5/2000 | Feeney et al. | 473/567 |
| 6,099,422 | A | 8/2000 | Rappaport et al. | 473/567 |
| 6,176,795 | B1 | 1/2001 | Schullstrom | 473/567 |
| 6,248,032 | B1 | 6/2001 | Filice et al. | 473/566 |
| 6,251,034 | B1 | 6/2001 | Eggiman et al. | 473/567 |
| 6,287,221 | B1 | 9/2001 | Pino | 473/564 |
| 6,334,824 | B1 | 1/2002 | Filice et al. | 473/566 |
| 6,334,825 | B1 | 1/2002 | Buiatti | 473/566 |
| 6,383,101 | B2 | 5/2002 | Eggiman | 473/566 |
| 6,398,675 | B1 | 6/2002 | Eggiman et al. | 473/566 |
| 6,432,007 | B1 | 8/2002 | Filice et al. | 473/566 |
| 6,482,114 | B1 | 11/2002 | Eggiman et al. | 473/566 |
| 6,485,382 | B1 | 11/2002 | Chen | 473/566 |
| 6,497,631 | B1 | 12/2002 | Fritzke et al. | 473/566 |
| 6,663,517 | B2 | 12/2003 | Buiatti et al. | 473/566 |
| 6,702,698 | B2 | 3/2004 | Eggiman et al. | 473/567 |
| 6,733,404 | B2 | 5/2004 | Fritzke et al. | 473/567 |
| 6,743,127 | B2 | 6/2004 | Eggiman et al. | 473/567 |
| 6,764,419 | B1 | 7/2004 | Giannetti et al. | 473/566 |
| 6,793,127 | B2 | 9/2004 | Alsafadi et al. | 235/375 |
| 6,808,464 | B1 * | 10/2004 | Nguyen | 473/566 |
| 6,866,598 | B2 | 3/2005 | Giannetti et al. | 473/567 |
| 6,875,137 | B2 | 4/2005 | Forsythe et al. | 473/566 |
| 6,905,429 | B2 | 6/2005 | Forsythe et al. | 473/564 |
| 6,945,886 | B2 | 9/2005 | Eggiman et al. | 473/566 |
| 6,949,038 | B2 | 9/2005 | Fritzke | 473/566 |
| 6,991,551 | B2 | 1/2006 | Tolentino et al. | 473/167 |
| 6,997,826 | B2 | 2/2006 | Sutherland | 473/566 |
| 7,011,588 | B2 | 3/2006 | Fritzke et al. | 473/566 |
| 7,014,580 | B2 | 3/2006 | Forsythe et al. | 473/566 |
| 7,044,871 | B2 | 5/2006 | Sutherland et al. | 473/564 |
| 7,097,578 | B2 | 8/2006 | Guenther et al. | 473/567 |
| 7,115,054 | B2 | 10/2006 | Giannetti et al. | 473/567 |
| 7,128,670 | B2 | 10/2006 | Souders et al. | 473/567 |
| 7,140,988 | B1 | 11/2006 | Hinman | 473/567 |
| 7,163,475 | B2 | 1/2007 | Giannetti | 473/567 |
| 7,175,552 | B2 | 2/2007 | Fritzke et al. | 473/566 |
| 7,229,370 | B1 | 6/2007 | Vacek | 473/567 |
| 7,232,387 | B1 | 6/2007 | Heald et al. | 473/566 |
| 7,232,388 | B2 | 6/2007 | Sutherland et al. | 473/567 |
| 7,311,620 | B1 | 12/2007 | Heald et al. | 473/566 |
| 7,361,107 | B2 | 4/2008 | Giannetti et al. | 473/567 |
| 7,384,354 | B2 | 6/2008 | Giannetti | 473/567 |
| 7,410,633 | B2 | 8/2008 | Hellerstein | 424/9.1 |
| 7,419,446 | B2 | 9/2008 | Nguyen | 473/567 |
| 7,442,134 | B2 | 10/2008 | Giannetti et al. | 473/567 |
| 7,442,135 | B2 | 10/2008 | Giannetti et al. | 473/567 |
| 7,527,570 | B2 | 5/2009 | Giannetti et al. | 473/568 |
| 7,572,197 | B2 | 8/2009 | Chauvin et al. | 473/567 |
| 7,585,235 | B2 * | 9/2009 | Misono et al. | 473/567 |
| 7,601,083 | B1 | 10/2009 | Heald et al. | 473/566 |
| 7,604,184 | B1 | 10/2009 | Chen | 239/289 |
| 7,651,420 | B1 | 1/2010 | Gaff et al. | 473/566 |
| 7,749,115 | B1 | 7/2010 | Cruz et al. | 473/567 |
| 7,850,554 | B2 | 12/2010 | Burger | 473/566 |
| 7,857,719 | B2 | 12/2010 | Giannetti et al. | 473/567 |
| 7,867,114 | B2 * | 1/2011 | Sutherland et al. | 473/568 |
| 7,896,763 | B2 | 3/2011 | Giannetti et al. | 473/567 |
| 7,914,404 | B2 | 3/2011 | Giannetti et al. | 473/567 |
| 8,052,547 | B2 | 11/2011 | Nusbaum et al. | 473/457 |
| 8,062,154 | B2 | 11/2011 | Burger | 473/567 |
| 8,182,377 | B2 | 5/2012 | Chuang et al. | 473/567 |
| 8,197,365 | B2 | 6/2012 | Tokieda | 473/566 |
| 8,197,366 | B2 | 6/2012 | Chauvin et al. | 473/566 |
| 8,282,516 | B2 | 10/2012 | Chauvin et al. | 473/566 |
| 8,298,102 | B2 | 10/2012 | Chauvin et al. | 473/566 |
| 8,317,640 | B1 | 11/2012 | Cruz et al. | 473/567 |
| 8,376,881 | B2 | 2/2013 | Chuang et al. | 473/567 |
| 8,480,519 | B2 | 7/2013 | Chauvin et al. | 473/566 |
| 8,506,429 | B2 | 8/2013 | Chauvin et al. | 473/566 |
| 2002/0091022 | A1 * | 7/2002 | Fritzke et al. | 473/566 |
| 2003/0153416 | A1 * | 8/2003 | Anderson | |
| 2009/0280934 | A1 * | 11/2009 | Watari et al. | 473/566 |
| 2013/0035181 | A1 | 2/2013 | Chauvin et al. | 473/566 |
| 2015/0005114 | A1 * | 1/2015 | Tsukamoto et al. | 473/566 |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| JP | 63-38477 | 2/1988 | | A63B 59/06 |
| JP | H2-243173 | 9/1990 | | A63B 59/06 |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3A

FIG. 3B





FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10

FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15

US 9,067,109 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**BALL BAT WITH OPTIMIZED BARREL WALL SPACING AND IMPROVED END CAP**

RELATED U.S. APPLICATION DATA

The present invention claims the benefit of the filing date under 35 U.S.C. §119(e) of U.S. Provisional Patent Application Ser. No. 61/701,312, filed on Sep. 14, 2012, which is hereby incorporated by reference in its entirety. The present application is related to co-pending U.S. patent application Ser. No. 14/018,673 filed on the same day herewith by Sean S. Epling and Ty B. Goodwin entitled BALL BAT WITH OPTIMIZED BARREL WALL SPACING AND IMPROVED END CAP, the full disclosure of which is hereby incorporated by reference.

FIELD OF THE INVENTION

The present invention relates to a ball bat including a barrel portion having optimized barrel wall spacing and an improved end cap.

BACKGROUND OF THE INVENTION

Ball bats are well known and include a barrel portion connected to a handle portion with a knob connected to the handle or proximal end of the bat and an end cap connected to the barrel or distal end of the bat. Ball bats have traditionally been made of wood, but their construction has evolved over the years to aluminum alloys, other alloys, and/or fiber composite materials. With the use of new materials and bat configurations, ball bat performance has also improved to the point where many baseball and softball organizations publish and update equipment standards and/or requirements including performance limitations for ball bats. Some softball organizations, for example, have specified the use of soft balls that have lower compression values and can also have higher coefficient of restitution values. The newer soft ball specifications can reduce the performance level compared to soft balls formed of a higher compression value. Ball bat manufacturers produce ball bats designed to meet the applicable performance limitations of the applicable baseball and softball organizations. Further, as bat performance limitations continue to be restricted, ball bat manufacturers seek other ways of improving overall performance and playability of ball bats. One objective can be to enlarge the sweet spot of a bat. Accordingly, many bat manufacturers seek to configure a bat that provides more consistent performance over a greater area of the barrel, and provides an improved feel upon impact with a ball.

Many of the newer requirements and limitations affect the playability, performance gild feel of ball bats. For example, when lower compression softballs are impacted by many existing high performance softball bats, the softer, lower compression balls do not generate the same force when impacting the ball bat and thus less vibrational energy is transferred from the location of impact to the user's hands. Although some may find this lack of feedback or feel desirable, most skilled softball players seek such feedback or feel upon hitting a softball. Higher level players want to correlate the feel of the impact to the travel of the batted ball and the location where the ball impacted the barrel. In this way, the player can adjust and/or correct his or her swing to improve their performance in future at-bats.

Further, ball bat performance limitations require the maximum performance level of ball bats to be reduced. In many existing bats, when the maximum performance level is reduced, the remaining areas of the bat area are also reduced, and in some cases significantly reduced. In other words, in an effort to reduce the highest performance location on a ball bat, typically referred to as the sweet spot. Some constructions not only reduce the performance of the bat at the "sweet spot" but also lower the performance level of other locations on the bat barrel thereby significantly reducing the overall performance level of the bat. Accordingly, many existing bats satisfy the maximum performance limitations, but offer very poor performance to the batter for impacts occurring away from the sweet spot of the ball bat.

Accordingly, a need exists for a ball bat that satisfies existing performance standards while providing a consistent high performance level over a larger hitting area of the barrel portion of the ball bat. What is also needed is a softball bat that provides exceptional performance even when used with a lower compression softball, and that provides feedback to the user upon impact of the bat to a pitched ball. It would be advantageous to provide a softball bat that provides the player with immediate feedback to enable the player to feel how well and/or where the player impacted the bat on the barrel portion of the bat. What is also needed is a ball bat that is configured to offer more advantages or benefits to users than just satisfying applicable ball bat equipment performance limitations and requirements.

SUMMARY OF THE INVENTION

The present invention provides a ball bat extending about a longitudinal axis and configured for hitting a baseball or softball. The bat includes a barrel portion coupled to a handle portion having a distal end region, a tubular sleeve positioned within the barrel portion and an end cap. The barrel portion is formed at least in part of a fiber composite material. The barrel portion includes a proximal end region, a distal end region, a central region between the proximal and distal end regions, and at least an inner wall and an outer wall. The inner and outer walls define a first separation and are configured to allow for independent movement between the inner wall and the outer wall upon impact with the ball. The tubular sleeve is positioned within the barrel portion, and includes a proximal end region and a distal end region. The proximal end region of the tubular sleeve is coupled to the distal end region of the handle portion. At least a portion of the tubular sleeve being separated from the inner layer to define a second separation. The second separation is within the nominal range of 0.030 to 0.125 inch when measured radially from the longitudinal axis. Upon impact with the ball, the barrel portion deflects inwardly at the impact location such that the inner wall preferably engages the tubular sleeve. The end cap is coupled to the distal end region of the sleeve and to the distal end region of the barrel portion.

A ball bat extends along a longitudinal axis and is configured for hitting a ball. The bat includes a handle portion having a distal end region, a barrel portion coupled to the handle portion, a tubular sleeve positioned within the barrel portion, and an end cap. The barrel portion is formed at least in part of a fiber composite material. The barrel portion includes a proximal end region, a distal end region, a central region between the proximal and distal end regions, and at least an inner wall and an outer wall. The inner and outer walls define a first separation and are configured to allow for independent movement between the inner wall and the outer wall upon impact with the ball. The tubular includes a proximal end region and a distal end region. The proximal end region of the tubular sleeve is coupled to the distal end region of the handle portion. At least a portion of the tubular sleeve is

US 9,067,109 B2

3

separated from the inner layer to define a second separation. The ratio of the second separation to the first separation is at least 10. The end cap is coupled to the distal end region of the sleeve and to the distal end region of the barrel portion.

A ball bat extends along a longitudinal axis and is configured for hitting a ball. The bat includes a handle portion, a barrel portion coupled to the handle portion, a tubular sleeve positioned within the barrel portion, and an end cap. The barrel portion includes a proximal end region, a distal end region, and a central region between the proximal and distal end regions. The tubular sleeve is positioned within the barrel portion, and includes a proximal end region and a distal end region. The proximal end region of the tubular sleeve is coupled to the handle portion. The end cap is coupled to the distal end region of the sleeve and to the distal end region of the barrel portion at least in part by an adhesive. The end cap includes an end wall having an inner surface and an outer surface, and an annular wall proximally extending from the inner surface of the end wall toward the handle portion. The annular wall of the end cap is configured to engage an inner surface of the distal end region of the sleeve. The annular wall defines at least one through-wall opening configured for facilitating flow of the adhesive through and about the annular wall during the coupling of the end cap to the barrel portion.

A method of applying an improved end cap to a multi-wall ball bat having a longitudinal axis. The method including the steps of obtaining the end cap that includes an end wall having an inner surface, an outer surface and forming an outer lip, and an annular wall proximally extending from the inner surface of the end cap toward the handle portion. The annular wall defines at least one through-wall opening. The method further including obtaining a longitudinally extending tubular sleeve having a distal end region, sliding the distal end region of the tubular sleeve over at least a portion of the annular wall, and positioning the barrel portion over the tubular sleeve and over at least a portion of the annular wall until the distal end region of the barrel portion engages the outer lip of the end wall of the end cap. The method further including applying an initially flowable and curable adhesive into the end cap through the inner diameter of the tubular sleeve. The adhesive fills the inner surfaces of the distal end region of the sleeve, and flows through the at least one opening in the annular wall to extend between the distal end region of the sleeve and the distal end region of the barrel portion. The method also includes the step of allowing the adhesive to cure.

This invention will become more fully understood from the following detailed description, taken in conjunction with the accompanying drawings described herein below, and wherein like reference numerals refer to like parts.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a side view of a ball bat in accordance with a preferred embodiment of the present invention.

FIG. 2 is a side view of a ball bat in accordance with an alternative preferred embodiment of the present invention.

FIG. 3a is a longitudinal cross-sectional view of the coupling of a handle portion and a barrel portion of the bat of FIG. 1 without a sleeve.

FIG. 3b is longitudinal cross-sectional view of the coupling of the handle portion of the bat to the barrel portion of the bat in accordance with an alternative preferred embodiment of the present invention.

FIG. 4 is a longitudinal cross-sectional view of the barrel portion of the ball bat of FIG. 1.

FIG. 5 is an enlarged view of a section of the walls of the barrel portion of the ball bat taken at circle 5 of FIG. 4.

4

FIG. 6 is a transverse cross-sectional view of the barrel portion taken along line 6-6 of FIG. 1.

FIG. 7 is a longitudinal cross-sectional view of handle and barrel portions of a ball bat in accordance with another preferred embodiment of the present invention.

FIG. 8 is a longitudinal cross-sectional view of the barrel portion of FIG. 1 and an end cap of the ball bat.

FIG. 9 is a side perspective view of the distal end of a sleeve and the end cap of FIG. 8.

FIG. 10 is a side perspective view of the end cap of FIG. 8.

FIG. 11 is an end view of the end cap of FIG. 8 taken along the longitudinal axis from the perspective of the handle portion toward the end cap.

FIG. 12 is a side, opposite end perspective view of the end cap of FIG. 8.

FIG. 13 is an image of a baseball impacting a barrel portion of a ball bat showing a transverse cross-sectional view of the barrel portion of the bat, and the launch angle of the ball from the bat.

FIG. 14 is an image of a baseball impacting the barrel portion of the ball bat of FIG. 1 showing a transverse cross-sectional view of the barrel portion of the bat, and the launch angle of the ball from the bat.

FIG. 15 is an image of a baseball impacting the barrel portion of the ball bat of FIG. 1 showing the effect of transverse cross-sectional view of the barrel portion of the bat.

DETAILED DESCRIPTION OF THE INVENTION

Referring to FIG. 1, a ball bat is generally indicated at 10. The ball bat 10 of FIG. 1 is configured as a baseball bat; however, the invention can also be formed as a softball bat, a rubber ball bat, or other form of ball bat. The bat 10 includes a frame 12 extending along a longitudinal axis 14. The tubular frame 12 can be sized to meet the needs of a specific player, a specific application, or any other related need. The frame 12 can be sized in a variety of different weights, lengths and diameters to meet such needs. For example, the weight of the frame 12 can be formed within the range of 15 ounces to 36 ounces, the length of the frame can be formed within the range of 24 to 36 inches, and the maximum diameter of the barrel portion 18 can range from 1.5 to 3.5 inches.

The frame 12 has a relatively small diameter handle portion 16, a relatively larger diameter barrel portion 18 (also referred as a hitting or impact portion), and an intermediate tapered region 20. The intermediate tapered region 20 can be formed by the handle portion 16, the barrel portion 18 or a combination thereof. In one preferred embodiment, the handle and barrel portions 16 and 18 of the frame 12 can be formed as separate structures, which are connected or coupled together. This multi-piece frame construction enables the handle portion 16 to be formed of one material, and the barrel portion 18 to be formed of a second, different material (or two or more different materials).

The handle portion 16 is an elongate structure having a proximal end region 22 and a distal end region 24, which extends along, and diverges outwardly from, the axis 14 to form a substantially frusto-conical shape for connecting or coupling to the barrel portion 18. Preferably, the handle portion 16 is sized for gripping by the user and includes a grip 26, which is wrapped around and extends longitudinally along the handle portion 16, and a knob 28 connected to the proximal end 22 of the handle portion 16. The handle portion 16 is formed of a strong, lightweight material, preferably a fiber composite material. Alternatively, the handle portion 16 can be formed of other materials such as an aluminum alloy, a

US 9,067,109 B2

5

titanium alloy, steel, other alloys, a thermoplastic material, a thermoset material, wood or combinations thereof.

Referring to FIG. 2, in an alternative preferred embodiment, the bat frame 12 of the bat 10 can be formed as a one piece, integral structure. The bat frame 12 includes the handle and barrel portions 16 and 18, but they are formed as single, one-piece body. In other words, the bat frame 12 is not produced as a separate handle and barrel portions that are bonded, molded or otherwise attached together, and the handle and barrel portions cannot be separated without damaging one or both of the handle and barrel portions. The use of fiber composite material in the embodiments discussed below for the barrel portion 18 are equally applicable to the one piece bat frame 12.

Referring to FIGS. 1, 3a and 4, the barrel portion 18 of the frame 12 is "tubular," "generally tubular," or "substantially tubular," each of these terms is intended to encompass softball style bats having a substantially cylindrical impact (or "barrel") portion as well as baseball style bats having barrel portions with generally frusto-conical characteristics in some locations. The barrel portion 18 extends along the axis 14 and has a distal end region 32, a proximal end region 34, and a central region 36 disposed between the distal and proximal end regions 32 and 34. The proximal end region 34 converges toward the axis 14 in a direction toward the proximal end of the barrel portion 18 to form a frusto-conical shape that is complementary to the shape of the distal end region 24 of the handle portion 16. In this manner, the complementary shapes form a mechanical lock or attachment mechanism that inhibits separation of the barrel portion 18 from the handle portion 16. The barrel portion 18 can be directly connected to the handle portion 16. The connection can involve a portion, or substantially all, of the distal end region 24 or tapered region 20 of the handle portion 16 and the proximal end region 34 of the barrel portion 18. An adhesive can be used to connect the handle portion 16 and the barrel portion 18. Alternatively, one of the barrel portion 18 and the handle portion 16 can be over-molded to the other. The bat 10 further includes an end cap 38 attached to the distal end 32 of the barrel portion 18 to substantially enclose the distal end 32.

Referring to FIG. 3b, in an alternative preferred embodiment an intermediate member 51 can be used to space apart, couple and/or attach the handle portion 16 to the proximal member 34 of the barrel portion 18. The intermediate member 51 can space apart all or a portion of the barrel portion 18 from the handle portion 16, and it can be formed of an elastomeric material, an epoxy, an adhesive, a plastic, a metal and combinations thereof. In one particularly preferred embodiment, the distal end region 24 of the handle portion 16 can be formed with a plurality of ribs or projections that provide points or areas of contact between the handle and barrel portions 16 and 18, and the intermediate member 51 can be positioned between or among the points or areas of contact.

Referring to FIGS. 1, 4 and 5, the barrel portion 18 includes an outer surface 40 and an inner surface 42. The handle and barrel portions 16 and 18 can be coated and/or painted with one or more layers of paint, clear coat, inks, coatings, primers, and other conventional outer surface coatings. The outer surface 40 of the barrel portion 18 and/or the handle portion 16 can also include alpha numeric and/or graphical indicia 44 indicative of designs, trademarks, graphics, specifications, certifications, instructions, warnings and/or markings. The indicia 44 can be a trademark that is applied as a decal, as a screening or through other conventional means.

The barrel portion 18 is preferably formed of strong, durable and resilient material, such as, a fiber composite material. As used herein, the terms "composite material" or

6

"fiber composite material" refer to a matrix or a series of plies (also referred to as sheets or layers) of fiber bundles impregnated (or permeated throughout) with a resin. Each of the fiber bundles includes a plurality of fibers. The fibers are formed of a high tensile strength material such as carbon. Alternatively, the fibers can be formed of other materials such as, for example, glass, graphite, boron, basalt, carrot, Kevlar®, Spectra®, poly-para-phenylene-2,6-benzobisoxazole (PBO), hemp and combinations thereof. The resin is preferably a thermosetting resin such as epoxy or polyester resins. Alternatively, different resin formulations can be used. During heating and curing, the resin can flow between plies and within the fiber bundles. In alternative embodiments, one or more of the plies, sheet or layers of the composite material can be a braided or weaved sheet. In other alternative preferred embodiments, the one or more plies or the entire fiber composite material can be a mixture of chopped and randomly fibers dispersed in a resin. In alternative preferred embodiments, the barrel portion 18 can be formed of one or more composite or fiber composite materials, an aluminum alloy, a titanium alloy, a scandium alloy, steel, other alloys, a thermoplastic material, a thermoset material, wood or combinations thereof. In other preferred embodiments, the fiber composite material can be formed a resin transfer molding operation or a vacuum assisted resin transfer molding operation.

In one implementation, at least a region of the barrel portion 18 is formed as a double wall construction, wherein the barrel portion includes at least an inner wall 50 and an outer wall 52. The inner and outer walls 50 and 52 can be formed of one or more layers or plies of fiber composite material. The inner and outer walls 50 and 52 are adjacent each other but sufficiently separated to allow for independent movement of the inner and outer walls 50 and 52 upon impact with a ball. The inner and outer walls 50 and 52 are adjacent to each other in that they can be in direct contact with each other, or within 0.002 in of each other. The outer wall 52 of the barrel portion 18 forms the outer surface of the barrel portion 18, and the bat 10. The outer wall 52 is configured for contacting a ball during use. In one implementation, one or more thin scrim layers can by positioned within or between the two adjacent layers. A scrim layer can have a thickness of 0.001 to 0.004 in. In other implementations, a mold release can be used between the inner and outer walls 50 and 52 to allow for independent movement between the inner and outer walls 50 and 52 upon impact with a ball.

The separation or interface between the inner and outer walls 50 and 52 can be referred to as a first separation 54. The first separation 54 can vary depending on the size and type of bat, but is preferably very small or generally not visible to the naked eye (i.e., close to zero clearance). The spatial relationship (the first separation 54) between the inner and outer walls 50 and 52 only needs to be sufficient to allow the inner and outer walls 50 and 52 to move substantially independent of one another upon impact with a ball. This independent movement allows the insert to act much like a leaf spring upon impact. The presence of the scrim layer, the mold release, and/or a layer of grease or other lubricant in the first separation 54, facilitates such independent movement. The first separation 54 preferably has a nominal dimension (when measured radially from the longitudinal axis 14 to the outer surface 40 of the barrel portion 18) that is generally within the range of 0.0005 to 0.005 inch, and portions of the overlapped surfaces may have no separation. In other implementations, the barrel portion 18 can be formed of a triple or quadruple wall construction with a separation, equivalent to the first separation 54, between each of the three or four barrel portion walls.

US 9,067,109 B2

7

Independent movement refers to the independent relative movement between adjacent areas of one wall to another. For example, when a single wall is impacted by a ball and deflects inwardly in response to the impact. The outer surface of the wall becomes compressively loaded due to the bending of the wall, and the inner surface of the wall becomes under tension (or tensile stress). Further, the mid-plane of the wall is not significantly loaded by compressive or tensile stress. When a double wall configuration is used, the each of the inner and outer walls undergoes the same loading characteristics as described above for the single wall configuration. Therefore, the inner surface of the outer wall will be under tension, while the outer surface of the inner wall will be under compressive load. The result can be relative independent movement of the two surfaces with respect to each other. A single wall configuration does not have such independent movement, nor does a double wall configuration where the two walls are glued or otherwise rigidly adhered to each other. A glued double wall configuration behaves much like a single wall configuration. A double or multi-wall configuration that includes a separation can exhibit independent movement similar to that of a leaf spring. Independent movement increases the flexibility and responsiveness of the double or multi-wall configuration compared to a single wall configuration or a double wall configuration where the walls are fixedly or rigidly adhered to each other.

The inner and outer walls 50 and 52 are configured to act as two essentially parallel walls in the "hitting zone" or barrel portion 18. The independent movement provided by the first separation 54 makes the inner and outer walls 50 and 52 more easily deflected upon impact with a ball compared to a single wall material of the same thickness as the inner and outer walls without the first separation. The inner and outer walls 50 and 52 are designed to have independent movement through the first separation 54, a scrim layer, a mold release or other means.

Referring to FIGS. 4-6, in one implementation, a tubular sleeve 60 can be positioned within the barrel portion 18. In one implementation, the sleeve 60 can have a consistent inner and/or outer diameter along its length. In another implementation, the sleeve can have a consistent inner and/or outer diameter along its length in a region that corresponds to the central portion 36 of the barrel portion 18. In other implementations, the sleeve can be formed with some amount of taper or curvature along its length such that the wall thickness of the sleeve 60 can be uniform or vary along its length. The sleeve 60 is cylindrical or substantially cylindrical. The sleeve 60 can be formed of one or more of the materials similar to that of the barrel portion 18, as described above. The tubular sleeve 60 includes a proximal end region 64 and a distal end region 66. The proximal end region 64 of the tubular sleeve 60 engages the distal end region 24 of the handle portion 16 and the distal end region 66 of the tubular sleeve 60 engages the end cap 38. Over at least a portion of the length of the tubular sleeve 60, the sleeve 60 is preferably visibly spaced apart from the inner wall 50 of the barrel portion 18 (or the inner most wall of a triple or quadruple wall barrel portion) by an amount referred to as a second separation 62. Accordingly, the space between the barrel portion 18 and the sleeve 60 define the second separation 62. The second separation 62 is preferably sized to be within the range of 0.030 to 0.125 inch (when measured radially from the longitudinal axis 14 to the outer surface 40 of the barrel portion 18). Other dimensions for the second separation 62 can also be used provided that the barrel portion 18 is able to operably engage the tubular sleeve 60 upon impact with a pitched ball. The second separation 62 is preferably at least an order of magnitude greater in size,

8

such that in one preferred embodiment the ratio of the second separation 62 to the first separation 54 is at least 10. In other preferred embodiments, the ratio of the second separation 62 to the first separation 42 is at least 25. The second separation 62 is significantly greater than the first separation 54, but is preferably limited in size such that, upon impact with a pitched ball, the barrel portion 18 at the location of impact can deflect inwardly and operably engage and/or contact the outer surface of the tubular sleeve 60.

In one implementation, the second separation 62 extends along at least the length of the central region 36 of the barrel portion 18 measured with respect to the longitudinal axis 14. In another implementation, the second separation extends over at least 80 percent of the length of the barrel portion 18. In another implementation, the second separation 62 can be two or more separations spaced apart by one or more regions of contact between the inner wall 50 and the sleeve 60. In another implementation, one or more generally annular inserts can be positioned within the second separation to define two or more spaced apart separations between the inner layer and the sleeve.

Referring to FIG. 7, in accordance with another preferred embodiment of the present invention, the barrel portion 18 can be formed of a single wall construction without the first separation 54. Although FIG. 7 illustrates a barrel portion 18 having a single wall, much of the discussion below is applicable to a barrel portion formed of a double, triple or quadruple wall construction, such as the double wall barrel portion 18 of FIGS. 4-6. The tubular sleeve 60 is positioned within the barrel portion 18 to define the second separation 62 over at least a portion of the length of the tubular sleeve 60, and preferably fully extends to the distal end region 24 of the handle portion 16. By extending the second separation 62 to the distal end region 24, the performance advantages of the second separation 62, as discussed below, can be realized even on ball impacts occurring near the distal end region 24. The proximal end region 64 of the sleeve 60 is preferably press fit to the inner surface 68 of the distal end region 24 of the handle portion 16. The press-fit engagement allows for a desirable, efficient connection between the proximal region 64 of the sleeve 60 and the distal end region 24. The press-fit connection also provides for transfer of vibrational and/or shock energy resulting from contact between the inner wall 52 with the sleeve 60 during impact with a ball. The direct press-fit connection provides direct feedback to the batter. The combination of the telescopic engagement (mechanical locking arrangement) of the proximal end region 34 of the barrel portion 18 to the distal end region 24 of the handle portion, and the press-fit engagement of the sleeve 60 to the distal end region 24 allows for optimized vibrational feedback provided to the batter, even on mis-hit or lightly hit balls. In one particularly preferred embodiment, the proximal end region 64 can include a chamfer 70 to facilitate the press-fit engagement of the proximal end region 64 of the sleeve 60 to the distal end region 24 of the handle portion 16. In other preferred embodiments, the sleeve 60 can be formed without a chamfer and have a generally uniform thickness along the proximal end region 64. In still other preferred embodiments, other fastening mechanisms can be used such as an epoxy adhesive, a urethane adhesive, other forms of adhesives, thermal bonding, and intermediate fastening elements.

In an alternative preferred embodiment, one or more layers of material can be positioned between the proximal end 64 of the sleeve 66 and the distal end region 24 of the handle portion 16 to isolate the sleeve from the handle portion 16. The layer of material can be an elastomeric material or any material that dampens vibration and shock, like intermediate member 51.

US 9,067,109 B2

9

The at least one layer of material (similar to intermediate member 51) can space apart all or a portion of the sleeve 60 from the handle portion 16, and it can be formed of an elastomeric material, an epoxy, an adhesive, a plastic, a metal and combinations thereof. Such a configuration may be desirable for certain players, applications, ball configurations etc.

Referring to FIGS. 8 and 9, the engagement of the distal end region 66 of the sleeve 60 to the end cap 38 is shown. Although FIG. 8 illustrates the barrel portion 18 having a single wall, much of the discussion below is applicable to a barrel portion formed of a double, triple or quadruple wall construction. The end cap 38 enables the second separation 62 to extend to at or near the end cap 38. Accordingly, the performance advantages provided by the second separation, as discussed below, can be provided at or near the distal end region 32 of the barrel portion 18. The end cap 38 includes an end wall 72 having an outer lip 74, and an annular wall 76 proximally extending from an inner surface of the end wall 72. The annular wall 76 can include an outwardly extending ridge 78. The end cap 38 is advantageously configured to provide for the spacing of distal end region 66 of the sleeve 60 with the distal end region 32 of the barrel portion 18, and to allow for the extension of the second separation 62 toward the end cap 38. The outer lip 74 of the end wall 72 also provides a stop, end or covering to the distal end of the barrel portion 18. The annular wall 76 is configured to extend within the sleeve 60, and to facilitate the orientation and/or spacing apart of the distal end region 34 of the barrel portion 18 from the distal end region 66 of the sleeve 60. The ridge 78 of the annular wall 76 can provide a stop or end for engaging the distal end of the sleeve 60. The distal ends of the barrel portion 18 and the sleeve 60 can extend all the way to the outer lip 74 and the ridge 78 or be positioned so as to be slightly spaced apart from the outer lip 74 and the ridge 78, respectively. The end cap 38 is preferably formed of a tough durable material, such as thermoplastic urethane. In alternative embodiments, the end cap can be formed of other materials, such as wood, a ceramic, a fiber composite material, a thermoset material, and/or other plastics.

The end cap 38 is preferably connected to the distal end regions 34 and 66 by use of an adhesive 80. The adhesive 80 is configured preferably quick setting, and configured to initially flow and cure to a set (non-viscous) condition. One example of a suitable epoxy adhesive is PT 1000 urethane adhesive from Willamette Valley Co., of Eugene, Oreg. Alternatively, other suitable adhesives can include other epoxy adhesives, urethane adhesives, or other adhesives.

Referring to FIGS. 8 through 12, the annular wall 76 defines one or more openings 82 for allowing the adhesive 80 to initially flow from within the sleeve 60 through the openings 82 and other spaces between the sleeve 60 and the end cap 38 (such as the spacing between the distal end of the sleeve 60 and the ridge 78). In one implementation, the end cap 38 can also include one or more grooves 77 for further facilitating the initial flow of the adhesive 80 about the end cap 38.

Referring to FIGS. 8 and 9, the distal end 32 of the barrel portion 18 can be machined to provide further space for flow of the adhesive and to facilitate proper positioning and centering of the end cap 38. The end cap 38 is shaped to assist in centering and spacing apart the distal end region of the sleeve 60 from the distal end region of the barrel portion 18 to assist in defining the second separation 62. Therefore, thickness of the distal end 32 of the barrel portion 18 can be reduced. The openings 82 and overall configuration of the end cap 38

10

provide a significant operational and production advantage by enabling the adhesive 80 to be applied in one simple efficient step within the sleeve 60.

The end cap 38 can be placed onto a horizontal surface with the annular wall 76 extending upward. The sleeve 60 can be slid over at least a portion of the annular wall 76. In one implementation, the distal end region 66 of the sleeve 60 extends over the annular wall 76 until it engages the ridge 78. The barrel portion 18 can be positioned over the sleeve 60 and over the annular wall 76 until the distal end region 34 of the barrel portion 18 engages the end cap 38. The barrel portion 18 and/or the bat 10 is positioned in a vertical position with the end cap 38 located at the bottom of the bat 10. The adhesive 80 can be applied within the sleeve 60 at the distal end 66, and initially flows and fills the open areas between the end cap 38, distal end 66 of the sleeve 60 and the distal end 32 of the barrel portion 18. The flowing and filling of the adhesive 80 enables the fit of the end cap 38 to the distal end 32 of the barrel portion 18 and the distal end 66 of the sleeve 60 to be specified with a larger or more forgiving manufacturing tolerance. The adhesive 80 also flows away from the end wall 72 in a proximal direction between the outer surface of the annular wall 76 and the inner surface 42 of the barrel portion 18. The adhesive 80 then rapidly cures and sets to fixedly attach the end cap 38 to the distal ends 66 and 32 of the sleeve 60 and the barrel portion 18, respectively. The dimension, h, illustrates the method of applying the adhesive 80 to the end cap 38 and the barrel portion 18. The adhesive 80 is initially applied within the sleeve 60 at the proximal side of the end cap 38, flows to the open spaces, helps to center the end cap 38 and begins to cure until it is set. The dimension, h, indicates that the viscosity of the adhesive 80 increased as it cured to the point where adhesive flow stopped before an equilibrium could be reached between the adhesive 80 within the sleeve 60 and the adhesive 80 located between the annular wall 76 and the barrel portion 18.

Referring to FIGS. 10 through 12, the end cap 38 is illustrated apart from the bat 10. The end cap 38 further includes a support ring 84 inwardly extending from the end wall 72 and a plurality of ribs 86 radially projecting from the support ring 84 to the annular wall 76. The support ring 84 and ribs 86 provide additional structural support to the end cap 38. In alternative preferred embodiments, other structures, shapes, projections and/or ribs can be used to adjust the strength and structural integrity of the end cap. The end cap 38 is advantageously configured with the openings 82 and grooves and recesses to facilitate the flow of the quick set adhesive 80.

Referring to FIG. 12, the end wall 72 of the end cap 38 can include graphical and/or alphanumeric indicia 88. The indicia 88 can be applied to an outer surface of the end wall 72. Similar to the indicia 42, the indicia 88 can be indicative of designs, trademarks, graphics, specifications, certifications, instructions, warnings and/or markings, and can be applied as a decal, as a screening or through other conventional means. The end wall 72 is preferably concave. In other preferred embodiments, the end wall 72 can be convex, planar, stepped, recessed, geodesic or formed in other shapes.

Referring to FIGS. 7 through 9, the configuration of the end cap 38 and the engagement of the proximal end 64 of the sleeve 60 to the distal end 24 of the handle portion 16 enables the sleeve 60 to be optimally positioned within and spaced apart from the inner surface 42 of the barrel portion 18. The size of the second separation 62 can be adjusted by adjusting the width of the annular wall 76 and the connection of the sleeve 60 to the handle portion 16. The positioning provided by these two connections enables the sleeve 60 to be sus-

US 9,067,109 B2

11

pended and centered within the barrel portion 18 over a substantial length of the barrel portion 18 as desired.

FIG. 13 illustrates a ball 90 (such as a baseball or a softball) impacting a barrel portion 118 of a conventional single wall ball bat 100. The ball 90 is pitched and traveling in a horizontal path generally indicated by line 92. The ball bat 100 is being swung by a batter, and at the moment of impact, the barrel portion 118 is traveling in a path that includes arrow 94. As shown, the ball 90 is contacted by the barrel portion 118 beneath the center of gravity (e.g.) of the ball at point a. A first launch angle, $\alpha_1$, is defined by the line extending from the longitudinal axis 14 of the barrel portion 118 and the center of gravity of the ball 90 and horizontal line 92. The ball 90 launches, rebounds or travels away from the impact point $\alpha$ in the direction of the first launch angle $\alpha_1$.

Referring to FIG. 14, the ball 90 is shown impacting the barrel portion 18 of the bat 10 built in accordance with the present invention. The barrel portion 18 is shown as a single wall barrel. However, the barrel portion 18 can also be formed with an inner and outer wall 50 and 52 as described above. The barrel portion 18 is traveling in the same path as the bat of FIG. 13, and the pitched ball 90 is also traveling along the same path 92. Accordingly, the bat begins to contact the ball 90 at a position below the center of gravity of the ball 90 as in FIG. 13. The barrel portion 18 is configured to readily inwardly deflect upon impact with the ball 90. Upon impact the barrel portion 18 deflects inwardly and closes the second separation 62. The deflection continues until the barrel portion 18 contacts and operably engages the outer surface of the sleeve 60. The barrel portion 18 "bottoms out" or stops deflecting upon contact with the sleeve 60. The ball 90 then begins to rebound or project away from the barrel portion 18.

The impact described above and shown in FIG. 14 results in desirable characteristics not present or resulting from the impact involving the ball and a conventional bat, such as shown in FIG. 13. One desirable characteristic is that when the barrel portion 18 contacts the sleeve 60 vibrational and/or shock energy is transferred from the barrel portion 18 to the sleeve 60, and that energy travels proximally along the bat such that it can be felt by the batter. Many batters, particular skilled batters, prefer to use bats that provide feedback (in the form of vibrational energy or sensations) upon impact with the ball. The feedback enables the batter to learn from the impact. A ball impacted at the sweet spot of the bat, for example, will result in one form of sensation to the batter, and a ball hit away from the sweet spot can provide a much different sensation to the batter. The feedback is often referred to as the "feel" of the bat.

Some organized softball organizations, such as Amateur Softball Association of America ("ASA") headquartered in Oklahoma City, Okla., have specified the use of a softball having a lower compression value and a lower coefficient of restitution (COR) than previously used softballs. The compression value of the softballs decreased from approximately 375 psi to approximately 300 psi. Further, the COR of the softball also increased from approximately 0.44 to approximately 0.52. Many players have indicated that upon hitting the lower compression softballs with their existing bats, they receive little or no feel (or feedback) from the bat. Such players seek a bat that will provide feedback even upon impact with a lower compression ball. Provided that the speed of the ball to bat impact is sufficient (bat to ball impact speed is the sum speed of the bat and the speed of the ball along a line between the longitudinal axis of the bat and the c.g. of the ball), the bat 10, built in accordance with the present invention, provides such desired feedback to players through the contacting and engagement of the barrel portion 18 with the

12

sleeve 60. The present invention enables the stiffness of the barrel portion to be configured to meet the desired player's need, the application of the bat, or the configuration of the ball. The barrel portion can be configured as a single, double or multiwall to vary its stiffness level. The size of the second separation can also be varied to allow for tuning or adjusting of the bat to match the appropriate player or application. Upon impact with the softball (even a lower compression softball) inward deflection of the barrel portion 18 occurs at the impact location and generally the deflection continues until the barrel portion engages the sleeve 60. The contact and engagement of the barrel portion 18 with the sleeve 60 generates sufficient vibrational feedback that is transmitted along the bat to the hands of the batter. Accordingly, bats built in accordance with the present invention, feedback to the batter regardless of the softness or compression of the game ball 90.

Another desirable characteristic that can be provided by a bat built in accordance with the present invention, is the sound produced by the bat 10 upon impact with the ball. The bat 10 provides a sound that varies from one impact location to another along the barrel portion 18 and can be used by batters as feedback. The sound produced by the bat during most impacts is satisfying and appropriate for the game. The sound in combination with the vibrational energy transfer of the bat provides the player with exceptional feedback.

Another desirable characteristic that can be provided by a bat built in accordance with the present invention, is an increase in the launch (or trajectory) angle of the ball rebounding from the bat following impact. Referring to FIGS. 13 and 14, the ball 90 impacting the barrel portion 18 results in a second launch angle, $\alpha_2$, that is greater than the first launch angle $\alpha_1$. The greater second launch angle $\alpha_2$ occurs because the ball 90 traveling in the direction of line 92 impacts the barrel portion 18, and remains in contact with the barrel portion 18 (traveling in a path that includes line 94) as the barrel portion deflects. The ball 90 then exits or rebounds from the barrel portion 18 when the barrel portion 18 deflects and operably engages the sleeve 60. The sleeve 60 has an outer diameter that is significantly smaller than the outer diameter of the barrel portion 18 prior to impact. At the point the ball exits or rebounds from the bat, the longitudinal axis 14 of the barrel portion 18 is closer to the center of gravity c. g. of the baseball than if the ball exited the barrel portion without significantly deflecting the outer wall. Therefore, a line extending through the longitudinal axis 14 and the center of gravity c.g. of the baseball with respect to horizontal defines the second launch angle $\alpha_2$. The second launch angle $\alpha_2$ is greater than the first launch angle $\alpha_1$. A ball hit with a greater or larger launch angle can travel a greater distance than a ball hit at a lower, smaller launch angle. In FIGS. 13 and 14, the ball 90 impacts the barrel portion of the bat such that the center of gravity of the ball is above the longitudinal axis. The magnitude of the difference in launch angle from a conventional single wall bat and the bat built in accordance with the present invention will vary depending upon the direction of the pitched ball, the path of travel of the barrel portion and relative location of the center of gravity of the ball with respect to the longitudinal axis of the barrel portion.

Another desirable characteristic that can be provided by a bat built in accordance with the present invention is that the bat can enable a batter to impart more spin to the ball during impact than with a conventional single wall bat. Referring to FIG. 15, the ball 90 traveling in the direction of the line 92 and impacting the barrel portion 18 that is being swung in a path that includes the line 96, for example, results in greater contact surface area 98 between with the pitched ball 90 and the barrel portion 18. The greater contact area 98 allows for more

US 9,067,109 B2

13

spin (represented by arrow **102**) to be imparted to the baseball. The greater contact area **98** results from the significant deflection of the barrel portion **18** of the bat upon impact and the continued deflection to the operable engagement with the sleeve **60**. The greater contact area **98** provides more frictional interaction and enables the bat to impart a greater spin **102** than a comparable ball impact with a conventional single wall bat. The bat **10** built in accordance with the present invention can also result in more spin being imparted to the ball **90** because the dwell time (or time the ball **90** is in contact with the barrel portion **18**) is greater than the dwell time of a ball impacting a conventional single wall bat. The configuration of the barrel portion **18** to allow for significant deflection upon impact with a ball to the sleeve **60** provides the ability to increase the contact surface area **98** and the dwell time.

The ability to impart spin onto a batted ball can result in significant performance improvements. For example, one analysis found that a batted ball hit at a launch angle of 25 degrees and having a spin (or spin rate) of 0 RPM had a distance traveled of approximately 310 feet in the air. A second ball hit at a launch angle of 25 degrees and having a spin of 1000 RPMs has a distance traveled of approximately 360 feet, and a third ball hit at a launch angle of 25 degrees and having a spin of 2000 RPMs has a distance traveled of approximately 390 feet. Accordingly, analysis of spin on a batted ball indicates that the higher the spin of the batted ball, the longer the potential distance of traveled by the batted ball. An estimate of the extra distance traveled based upon RPM is approximately 4 feet per 100 RPM of spin. Therefore, a batter can make a ball travel farther simply by imparting more spin to the ball.

Table 1 provides a summary of ball trajectories from a play test are shown on a ball field. A Trackman® Ball Tracking System by Trackman A/S of Vedbaek, Denmark was used to measure and track the trajectory of softballs hit by a professional bat tester. Two separate slowpitch softball bats were each hit 15 times for a total of 30 hits. The first bat is the DeMarini® The One™-13 bat which includes a barrel portion formed of a fiber composite material. The One™-13 bat has a length of 34 inches and a weight of 27 ounces. The second bat is a DeMarini® FLS™ bat made in accordance with the present invention, such as the embodiment of FIGS. 7 and 8. The DeMarini® FLS™ bat had a length of 34 inches and a weight of 27 ounces. The softballs used were 0.52 COR, 300 psi compression DeMarini® Stone™ ball. Each bat was used to hit 15 separate slow pitched softballs and the distance, revolutions per minute (RPM) trajectory angle and speed were measured for each hit.

TABLE 1

|  | DeMarini ® FLS ™ | DeMarini ® The ONE ™-12 |
|---|---|---|
| Average Distance (feet) | 317 | 301 |
| Max. Distance (feet) | 350 | 323 |
| Average RPM | 1537 | 829 |
| Avg. Trajectory Angle | 21.7 | 18.5 |
| Average Exit Speed | 83.4 | 84.1 |
| Maximum Exit Speed | 90.1 | 93.1 |

The test results of the two slowpitch bat models indicates that a bat built in accordance with the present invention, such as the DeMarini® FLS™ ball bat can produce greater travel distance, and impart more spin on the ball than a similar existing bat the DeMarini® The ONE-13. Importantly, the bat of the present invention enables a batter to achieve increased

14

flight distance through an increased launch angle and by imparting spin without increasing the exit speed. Exit speed is often tied to bat performance limitations. Therefore, bats built in accordance with the present invention can enable a player to achieve greater distance traveled, more spin and a higher launch angle without exceeding the bat standards and/or requirements of baseball and/or softball organizations.

The bat **10** of the present invention is configured for competitive, organized baseball or softball. For example, embodiments of ball bats built in accordance with the present invention can fully meet the bat standards and/or requirements of one or more of the following baseball and softball organizations: ASA Bat Testing and Certification Program Requirements; United States Specialty Sports Association ("USSSA") Bat Performance Standards for baseball and softball; International Softball Federation ("ISF") Bat Certification Standards; National Softball Association ("NSA") Bat Standards; Independent Softball Association ("ISA") Bat Requirements; Ball Exit Speed Ratio ("BESR") Certification Requirements of the National Federation of State High School Associations ("NFHS"); Little League Baseball Bat Equipment Evaluation Requirements; PONY Baseball/Softball Bat Requirements; Babe Ruth League Baseball Bat Requirements; American Amateur Baseball Congress ("AABC") Baseball Bat Requirements; and, especially, the NCAA BBCOR Standard or Protocol.

Accordingly, the term "bat configured for organized, competitive play" refers to a bat that fully meets the ball bat standards and/or requirements of, and is fully functional for play in, one or more of the above listed organizations.

While the preferred embodiments of the invention have been illustrated and described, it will be appreciated that various changes can be made therein without departing from the spirit and scope of the invention. For example, one of skill in the art will understand that the invention may also be practiced without many of the details described above. Accordingly, it will be intended to include all such alternatives, modifications and variations set forth within the spirit and scope of the appended claims. Further, some well-known structures or functions may not be shown or described in detail because such structures or functions would be known to one skilled in the art. Unless a term is specifically and overtly defined in this specification, the terminology used in the present specification is intended to be interpreted in its broadest reasonable manner, even though may be used conjunction with the description of certain specific embodiments of the present invention.

What is claimed is:

1. A ball extending along a longitudinal axis and configured for hitting a baseball or softball, the bat comprising:

a handle portion having a distal end region;

a barrel portion coupled to the handle portion, and formed at least in part of a fiber composite material, the barrel portion including a proximal end region, a distal end region, a central region between the proximal and distal end regions, and at least an inner wall and an outer wall, the inner and outer walls defining a first separation and being configured to allow for independent movement between the inner wall and the outer wall upon impact with the ball, the distal end region of the barrel portion having a substantially constant outer diameter, the outer wall configured for directly impacting the baseball or softball;

a tubular sleeve positioned within the barrel portion such that the barrel portion fully overlaps the tubular sleeve, and including a proximal end region and a distal end region, the proximal end region of the tubular sleeve

US 9,067,109 B2

15

coupled to the distal end region of the handle portion, at least a portion of the tubular sleeve separated from the inner wall to define a second separation, the second separation being within the nominal range of 0.030 to 0.125 inch when measured radially from the longitudinal axis, upon impact with the ball the barrel portion deflects inwardly at the impact location such that the inner wall operably engages the tubular sleeve, the first separation being within the nominal range of 0.0005 to 0.005 inch when measured radially from the longitudinal axis; and

an end cap coupled to the distal end region of the sleeve and to the distal end region of the barrel portion.

**2.** The ball bat of claim **1**, wherein the ratio of the second separation to the first separation is at least 10.

**3.** The ball bat of claim **1**, wherein the second separation extends along at least the central region of the barrel portion.

**4.** The ball bat of claim **1**, wherein the second separation extends along at least 80 percent of the length of the barrel portion.

**5.** The ball bat of claim **1**, wherein the operable engagement of the inner wall and the sleeve includes contact between the inner wall and the sleeve.

**6.** The ball bat of claim **1**, wherein the end cap provides a first stop for engaging the distal end region of the barrel portion and a second stop for engaging the distal end region of the sleeve.

**7.** The ball bat of claim **1**, wherein the proximal end region is telescopically engaged with the distal end region of the handle portion.

**8.** The ball bat of claim **7**, wherein the proximal end region of the sleeve is press-fit to the distal end region of the handle portion.

**9.** The ball bat of claim **1**, wherein the proximal end region of the sleeve is press-fit to the distal end region of the handle portion.

**10.** The ball bat of claim **1**, wherein the central region of the barrel portion is configured to inwardly deflect upon impact with a pitched ball, and wherein the inward deflection extends by an amount at least equal to the second separation.

**11.** The ball bat of claim **10**, wherein the inner wall contacts the sleeve at the location of the inwardly defecting central region of the barrel portion.

16

**12.** A ball bat extending along a longitudinal axis and configured for hitting a ball, the bat comprising:

a handle portion having a distal end region;

a barrel portion coupled to the handle portion, and formed at least in part of a fiber composite material, the barrel portion including a proximal end region, a distal end region, a central region between the proximal and distal end regions, and at least an inner wall and an outer wall, the inner and outer walls defining a first separation and being configured to allow for independent movement between the inner wall and the outer wall upon impact with the ball, the distal end region of the barrel portion having a substantially constant outer diameter, the outer wall configured for directly impacting the baseball or softball;

a tubular sleeve positioned within the barrel portion such that the barrel portion fully overlaps the tubular sleeve, and including a proximal end region and a distal end region, the proximal end region of the tubular sleeve coupled to the distal end region of the handle portion, at least a portion of the tubular sleeve separated from the inner wall layer to define a second separation, the ratio of the second separation to the first separation being at least 10; and

an end cap coupled to the distal end region of the sleeve and to the distal end region of the barrel portion.

**13.** The ball bat of claim **12**, wherein the ratio of the second separation to the first separation is at least 25.

**14.** The ball bat of claim **12**, wherein the second separation is within the nominal range of 0.030 to 0.125 inch when measured radially from the longitudinal axis.

**15.** The ball bat of claim **12**, wherein the first separation is within the nominal range of 0.0005 to 0.005 inch when measured radially from the longitudinal axis.

**16.** The ball bat of claim **12**, wherein the second separation extends along at least the central region of the barrel portion.

**17.** The ball bat of claim **12**, wherein the second separation extends along at least 80 percent of the length of the barrel portion.

* * * * *