JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wilson Sporting Goods Co., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>Monsta Athletics, LLC, a California Limited Liability Company, and Carl Pegnatori, an individual,<br><br>    Defendant. | No. 5:19-cv-00738 AB (MRW)<br>Hon. Judge Andre Birotte, Jr.<br>Courtroom: 7B<br><br>[~~PROPOSED~~] **ORDER DISMISSING CASE PURSUANT TO F.R.C.P. 41** |

  The Court hereby dismisses this action with prejudice pursuant to Federal Rule 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: January 11, 2021

_____
Honorable André Birotte Jr.
United States District Judge